B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Nebraska

In re   Sanitary and Improvement District #507 of Douglas County, Nebraska   Case No. _____
                                      Debtor(s)                              Chapter    9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Lozier, Allan G./Dianne S. Lozier TTEES<br>Allan G. Lozier Rev. Tr<br>6336 Pershing Drive<br>Omaha, NE 68110 | | Construction Fund Warrants | | 1,400,880.09 |
| D.A. Davidson & Co.<br>1111 N. 102nd Court, Suite 300<br>Omaha, NE 68114 | | Construction Fund Warrants | | 604,590.36 |
| Saylan, Steve<br>Jacki Saylan JT TEN<br>9738 Ascot Drive<br>Omaha, NE 68114-3846 | | Construction Fund Warrants | | 371,223.95 |
| Sommerhalder, Joy A. TTEE<br>Joy A. Sommerhalder Trust<br>8523 Thackery Street, Apt. #9215<br>Dallas, TX 75225 | | Construction Fund Warrants | | 313,355.48 |
| Traudt, Mary L. TTEE<br>Mary L. Traudt Rev. Trust<br>1390 Caxambas Court<br>Marco Island, FL 34145-6602 | | Construction Fund Warrants | | 288,018.73 |
| Reed, Robert A. Successor TTEE<br>Robert A. Reed Rev. Trust<br>9728 Nottingham Drive<br>Omaha, NE 68114 | | Construction Fund Warrants | | 153,609.99 |
| Progressive Municipal Bond Fund<br>12829 W. Dodge Road<br>Omaha, NE 68154 | | Construction Fund Warrants | | 128,008.33 |
| Censtate Financial Services<br>1212 N. 96th Street<br>P.O. Box 34350<br>Omaha, NE 68134-0350 | | Construction Fund Warrants | | 128,008.33 |

B4 (Official Form 4) (12/07) - Cont.

In re  Sanitary and Improvement District #507 of Douglas County, Nebraska
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Reed, Betsy Jo Successor TTEE<br>Betsy Jo Reed Rev Trust<br>9728 Nottingham Drive<br>Omaha, NE 68114 | | Construction Fund Warrants | | 115,207.49 |
| Sheets, Donald J.<br>Pamela S. Sheets, JT TEN<br>9600 Hollow Tree Drive<br>Lincoln, NE 68512 | | Construction Fund Warrants | | 76,804.95 |
| McVey, William F.<br>Janet E. McVey JT Ten<br>One Westlake Village<br>Council Bluffs, IA 51501 | | Construction Fund Warrants | | 70,404.56 |
| Peterson, Richard B. TTEE<br>Richard B. Peterson Rev Liv T Trust<br>1036 Skyline Drive<br>Elkhorn, NE 68022 | | Construction Fund Warrants | | 64,004.17 |
| Greenberg Kreisberg, Elise<br>Ann B. Greenberg Revoc Trust<br>4409 Manor Circle<br>Sioux City, IA 51104 | | Construction Fund Warrants | | 64,004.17 |
| Rich, Louis A. TTEE<br>Louis Rich Family Trust<br>11735 N. 131 Way<br>Scottsdale, AZ 85259 | | Construction Fund Warrants | | 64,004.12 |
| Cizek, Ronald J. TTEE<br>Ronald J. Cizek Family Trust<br>17427 Island Circle<br>Bennington, NE 68007 | | Construction Fund Warrants | | 64,004.12 |
| Rich, Louis A. TTEE TTEE<br>Beverly W. Rich Family Trust<br>11735 N. 131 Way<br>Scottsdale, AZ 85259 | | Construction Fund Warrants | | 61,231.64 |
| Devereaux, Michael D. TOD Account<br>Special Account<br>12942 Old Cherry Road<br>Omaha, NE 68137-4315 | | Construction Fund Warrants | | 45,183.18 |
| Saylan, Kevin A. / Marcy B. Saylan<br>Steve Saylan & Jackie Saylan JT Ten<br>9738 Ascot Drive<br>Omaha, NE 68114 | | Construction Fund Warrants | | 44,802.89 |

B4 (Official Form 4) (12/07) - Cont.

In re  Sanitary and Improvement District #507 of Douglas County, Nebraska
　　　　　　　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kreisberg, E., L. Freeman Greenberg Mrtl Gst Non Exmp Trust<br>P.O. Box 1114<br>Sioux City, IA 51102 | | Construction Fund Warrants | | 43,150.12 |
| Chomac LLC<br>1510 S. 152nd Avenue Circle<br>Omaha, NE 68144 | | Construction Fund Warrants | | 38,402.48 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman of the municipality named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 27, 2010          Signature  /s/ Patrick G. Day
　　　　　　　　　　　　　　　　　　　　　　　　Patrick G. Day
　　　　　　　　　　　　　　　　　　　　　　　　Chairman

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.