# United States Bankruptcy Court
### District of Nebraska

In re   **Sanitary and Improvement District #507 of Douglas County, Nebraska**    Case No. _____

Debtor(s)    Chapter    **9**   _____

## VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the municipality named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 27, 2010**            _/s/ Patrick G. Day_

**Patrick G. Day/Chairman**
Signer/Title

Amies, Julia M. TTEE
Julia M. Travis Rev. Tr
1634 Pepperwood Drive
Saint Louis, MO 63146


Bushey, Frances L.
1861 N. 115th Plaza, #3607
Omaha, NE 68154


Caniglia, James F.
Edith A. Caniglia JT TEN
3072 S. 73rd Street
Omaha, NE 68124-3512


Caniglia, Joseph P. / Loretta Caniglia
Joseph and Loretta Caniglia Living Trust
6769 Valley Street
Omaha, NE 68106


Censtate Financial Services
1212 N. 96th Street
P.O. Box 34350
Omaha, NE 68134-0350


Chomac LLC
1510 S. 152nd Avenue Circle
Omaha, NE 68144


Cizek, Ronald J. TTEE
Ronald J. Cizek Family Trust
17427 Island Circle
Bennington, NE 68007


Crotty, Richard D.
421 W. Broadway, Suite 311
Council Bluffs, IA 51503-9046


D.A. Davidson & Co.
1111 N. 102nd Court, Suite 300
Omaha, NE 68114


D.A. Davidson & Co. as Cust For
Richard A. Vomacka IRA
3624 S. 55th Street
Omaha, NE 68106

Daly, John F.
900 N. 90th Street, Apt. 251
Omaha, NE 68114-2704


Devereaux, Michael D. TOD Account
Special Account
12942 Old Cherry Road
Omaha, NE 68137-4315


Dickinson, Donald R.
11217 Washington Street
Omaha, NE 68137


Douglas County Attorney
Hall of Justice
17th and Farnam
Omaha, NE 68183


Douglas County Treasurer
1819 Farnam Street
Omaha, NE 68183


Edward D. Jones-FBO P. Philpott
A/C 6911320619
700 Maryville Center Drive
Saint Louis, MO 63141-5824


Freeman, Louise B.
619 Wildwood Drive
Joliet, IL 60431-4898


French, Patricia
John B. French, Jr. JT TEN
6309 S. 79th Circle
Omaha, NE 68127


Greenberg Kreisberg, Elise
Ann B. Greenberg Revoc Trust
4409 Manor Circle
Sioux City, IA 51104


Greenberg, Elise
P.O. Box 1114
Sioux City, IA 51102-1114

Greenberg-Sachnoff, Amy Beth TTEE
AmyBeth Greenberg-Sachnoff Rev. Tr
835 46th Street
Sioux City, IA 51104


Hagan, Steven
2629 S. 96th Circle
Omaha, NE 68124-1948


Jones, Margaret
432 N. 38th Street
Omaha, NE 68131


Kenefick, Michael A.
Holli Kenefick JT Ten
17734 Jones Street
Omaha, NE 68118-3524


Kreisberg, E., L. Freeman
Greenberg Mrtl Gst Non Exmp Trust
P.O. Box 1114
Sioux City, IA 51102


Kreisberg, E., L. Freeman
Greenberg Resid Gst Exp Tst Trust
P.O. Box 1114
Sioux City, IA 51102


Kreisberg, E., L. Freeman,
Greenberg Resid GST Non Exmp Trust
P.O. Box 1114
Sioux City, IA 51102


Lozier, Allan G./Dianne S. Lozier TTEES
Allan G. Lozier Rev. Tr
6336 Pershing Drive
Omaha, NE 68110


McKay, Jerry M.
Cheryl D. McKay JT Ten
4914 N. 135th Avenue
Omaha, NE 68164-6169

McVey, William F.
Janet E. McVey JT Ten
One Westlake Village
Council Bluffs, IA 51501


Needham, Steven C.
55055 Fallow Road
Pacific Junction, IA 51561


Peterson, Richard B. TTEE
Richard B. Peterson Rev Liv T Trust
1036 Skyline Drive
Elkhorn, NE 68022


Progressive Municipal Bond Fund
12829 W. Dodge Road
Omaha, NE 68154


Reed, Betsy Jo Successor TTEE
Betsy Jo Reed Rev Trust
9728 Nottingham Drive
Omaha, NE 68114


Reed, Robert A. Successor TTEE
Robert A. Reed Rev. Trust
9728 Nottingham Drive
Omaha, NE 68114


Rich, Louis A. TTEE
Louis Rich Family Trust
11735 N. 131 Way
Scottsdale, AZ 85259


Rich, Louis A. TTEE TTEE
Beverly W. Rich Family Trust
11735 N. 131 Way
Scottsdale, AZ 85259


Saylan, David A.
Jackie Saylan & Steve Saylan JT Ten
9738 Ascot Drive
Omaha, NE 68114

Saylan, Kevin A. / Marcy B. Saylan
Steve Saylan & Jackie Saylan JT Ten
9738 Ascot Drive
Omaha, NE 68114


Saylan, Milton / Rosalie Saylan TTEES
Saylan Family Trust 17
9804 Nicholas Street, #234
Omaha, NE 68114


Saylan, Scott A. / Andrea L. Saylan
Steve Saylan & Jackie Saylan JT TEN
9738 Ascot Drive
Omaha, NE 68114


Saylan, Steve
Jacki Saylan JT TEN
9738 Ascot Drive
Omaha, NE 68114-3846


Scarpello, Maria A.
2309 S. 89th Court
Omaha, NE 68124


Sheets, Donald J.
Pamela S. Sheets, JT TEN
9600 Hollow Tree Drive
Lincoln, NE 68512


Sommerhalder, Joy A. TTEE
Joy A. Sommerhalder Trust
8523 Thackery Street, Apt. #9215
Dallas, TX 75225


Tiernan, Marilyn G.
TOD Account
239 Randall Street
San Francisco, CA 94131


Traudt, Mary L. TTEE
Mary L. Traudt Rev. Trust
1390 Caxambas Court
Marco Island, FL 34145-6602

```
Vomacka, Mike
1227 16th Avenue North
Saint Petersburg, FL 33704


Vomacka, Richard A. POD
Virginia L. Vomacka
3624 S. 55th Street
Omaha, NE 68106
```