B6 Declaration (Official Form 6 - Declaration). (12/07)

**United States Bankruptcy Court**
**District of Nebraska**

In re **Sanitary and Improvement District #507 of Douglas County, Nebraska**, Debtor(s)

Case No. ______
Chapter **9**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of the municipality named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 10 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 27, 2010**

Signature ______
**Patrick G. Day**
**Chairman**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Sanitary and Improvement District #507 of Douglas County, Nebraska**, Debtor

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Amies, Julia M. TTEE**<br>**Julia M. Travis Rev. Tr**<br>**1634 Pepperwood Drive**<br>**Saint Louis, MO 63146** | | - | **Construction Fund Warrants** | | | | **12,800.83** |
| Account No.<br>**Bushey, Frances L.**<br>**1861 N. 115th Plaza, #3607**<br>**Omaha, NE 68154** | | - | **Construction Fund Warrants** | | | | **18,744.37** |
| Account No.<br>**Caniglia, James F.**<br>**Edith A. Caniglia JT TEN**<br>**3072 S. 73rd Street**<br>**Omaha, NE 68124-3512** | | - | **Construction Fund Warrants** | | | | **32,002.06** |
| Account No.<br>**Caniglia, Joseph P. / Loretta Caniglia**<br>**Joseph and Loretta Caniglia Living Trust**<br>**6769 Valley Street**<br>**Omaha, NE 68106** | | - | **Construction Fund Warrants** | | | | **32,002.06** |
| | | | | | | Subtotal (Total of this page) | **95,549.32** |

**9** continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re Sanitary and Improvement District #507 of Douglas County, Nebraska, Debtor

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Censtate Financial Services<br>1212 N. 96th Street<br>P.O. Box 34350<br>Omaha, NE 68134-0350 | | - | Construction Fund Warrants | | | | 128,008.33 |
| Account No.<br>Chomac LLC<br>1510 S. 152nd Avenue Circle<br>Omaha, NE 68144 | | - | Construction Fund Warrants | | | | 38,402.48 |
| Account No.<br>Cizek, Ronald J. TTEE<br>Ronald J. Cizek Family Trust<br>17427 Island Circle<br>Bennington, NE 68007 | | - | Construction Fund Warrants | | | | 64,004.12 |
| Account No.<br>Crotty, Richard D.<br>421 W. Broadway, Suite 311<br>Council Bluffs, IA 51503-9046 | | - | Construction Fund Warrants | | | | 28,625.09 |
| Account No.<br>D.A. Davidson & Co.<br>1111 N. 102nd Court, Suite 300<br>Omaha, NE 68114 | | - | Construction Fund Warrants | | | | 604,590.36 |

Sheet no. 1 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 863,630.38

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Sanitary and Improvement District #507 of Douglas County, Nebraska**, Debtor

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**D.A. Davidson & Co. as Cust For<br>Richard A. Vomacka IRA<br>3624 S. 55th Street<br>Omaha, NE 68106** | | - | **Construction Fund Warrants** | | | | **19,201.23** |
| Account No.<br><br>**Daly, John F.<br>900 N. 90th Street, Apt. 251<br>Omaha, NE 68114-2704** | | - | **Construction Fund Warrants** | | | | **12,800.83** |
| Account No.<br><br>**Devereaux, Michael D. TOD Account<br>Special Account<br>12942 Old Cherry Road<br>Omaha, NE 68137-4315** | | - | **Construction Fund Warrants** | | | | **45,183.18** |
| Account No.<br><br>**Dickinson, Donald R.<br>11217 Washington Street<br>Omaha, NE 68137** | | - | **Construction Fund Warrants** | | | | **9,912.40** |
| Account No.<br><br>**Edward D. Jones-FBO P. Philpott<br>A/C 6911320619<br>700 Maryville Center Drive<br>Saint Louis, MO 63141-5824** | | - | **Construction Fund Warrants** | | | | **37,724.97** |

Sheet no. 2 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **124,822.61**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Sanitary and Improvement District #507 of Douglas County, Nebraska**, Debtor

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Freeman, Louise B.<br>619 Wildwood Drive<br>Joliet, IL 60431-4898** | | - | **Construction Fund Warrants** | | | | **26,674.69** |
| Account No.<br>**French, Patricia<br>John B. French, Jr. JT TEN<br>6309 S. 79th Circle<br>Omaha, NE 68127** | | - | **Construction Fund Warrants** | | | | **6,400.41** |
| Account No.<br>**Greenberg Kreisberg, Elise<br>Ann B. Greenberg Revoc Trust<br>4409 Manor Circle<br>Sioux City, IA 51104** | | - | **Construction Fund Warrants** | | | | **64,004.17** |
| Account No.<br>**Greenberg, Elise<br>P.O. Box 1114<br>Sioux City, IA 51102-1114** | | - | **Construction Fund Warrants** | | | | **25,601.67** |
| Account No.<br>**Greenberg-Sachnoff, Amy Beth TTEE<br>AmyBeth Greenberg-Sachnoff Rev. Tr<br>835 46th Street<br>Sioux City, IA 51104** | | - | **Construction Fund Warrants** | | | | **22,885.32** |

Sheet no. 3 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **145,566.26**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Sanitary and Improvement District #507 of Douglas County, Nebraska**, Debtor

Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hagan, Steven<br>2629 S. 96th Circle<br>Omaha, NE 68124-1948** | | - | **Construction Fund Warrants** | | | | **19,269.15** |
| Account No.<br><br>**Jones, Margaret<br>432 N. 38th Street<br>Omaha, NE 68131** | | - | **Construction Fund Warrants** | | | | **2,348.36** |
| Account No.<br><br>**Kenefick, Michael A.<br>Holli Kenefick JT Ten<br>17734 Jones Street<br>Omaha, NE 68118-3524** | | - | **Construction Fund Warrants** | | | | **12,800.84** |
| Account No.<br><br>**Kreisberg, E., L. Freeman<br>Greenberg Mrtl Gst Non Exmp Trust<br>P.O. Box 1114<br>Sioux City, IA 51102** | | - | **Construction Fund Warrants** | | | | **43,150.12** |
| Account No.<br><br>**Kreisberg, E., L. Freeman<br>Greenberg Resid Gst Exp Tst Trust<br>P.O. Box 1114<br>Sioux City, IA 51102** | | - | **Construction Fund Warrants** | | | | **14,502.78** |

Sheet no. 4 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **92,071.25**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Sanitary and Improvement District #507 of Douglas County, Nebraska**, Debtor

Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Kreisberg, E., L. Freeman, Greenberg Resid GST Non Exmp Trust**<br>**P.O. Box 1114**<br>**Sioux City, IA 51102** | | - | **Construction Fund Warrants** | | | | **3,754.45** |
| Account No.<br>**Lozier, Allan G./Dianne S. Lozier TTEES**<br>**Allan G. Lozier Rev. Tr**<br>**6336 Pershing Drive**<br>**Omaha, NE 68110** | | - | **Construction Fund Warrants** | | | | **1,400,880.09** |
| Account No.<br>**McKay, Jerry M.**<br>**Cheryl D. McKay JT Ten**<br>**4914 N. 135th Avenue**<br>**Omaha, NE 68164-6169** | | - | **Construction Fund Warrants** | | | | **12,800.83** |
| Account No.<br>**McVey, William F.**<br>**Janet E. McVey JT Ten**<br>**One Westlake Village**<br>**Council Bluffs, IA 51501** | | - | **Construction Fund Warrants** | | | | **70,404.56** |
| Account No.<br>**Needham, Steven C.**<br>**55055 Fallow Road**<br>**Pacific Junction, IA 51561** | | - | **Construction Fund Warrants** | | | | **12,800.83** |

Sheet no. 5 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,500,640.76**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Sanitary and Improvement District #507 of Douglas County, Nebraska**, Debtor

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Peterson, Richard B. TTEE**<br>**Richard B. Peterson Rev Liv T Trust**<br>**1036 Skyline Drive**<br>**Elkhorn, NE 68022** | | - | **Construction Fund Warrants** | | | | **64,004.17** |
| Account No.<br>**Progressive Municipal Bond Fund**<br>**12829 W. Dodge Road**<br>**Omaha, NE 68154** | | - | **Construction Fund Warrants** | | | | **128,008.33** |
| Account No.<br>**Reed, Betsy Jo Successor TTEE**<br>**Betsy Jo Reed Rev Trust**<br>**9728 Nottingham Drive**<br>**Omaha, NE 68114** | | - | **Construction Fund Warrants** | | | | **115,207.49** |
| Account No.<br>**Reed, Robert A. Successor TTEE**<br>**Robert A. Reed Rev. Trust**<br>**9728 Nottingham Drive**<br>**Omaha, NE 68114** | | - | **Construction Fund Warrants** | | | | **153,609.99** |
| Account No.<br>**Rich, Louis A. TTEE**<br>**Louis Rich Family Trust**<br>**11735 N. 131 Way**<br>**Scottsdale, AZ 85259** | | - | **Construction Fund Warrants** | | | | **64,004.12** |
| Sheet no. 6 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | **524,834.10** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Sanitary and Improvement District #507 of Douglas County, Nebraska**, Debtor

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Rich, Louis A. TTEE TTEE<br>Beverly W. Rich Family Trust<br>11735 N. 131 Way<br>Scottsdale, AZ 85259** | | - | **Construction Fund Warrants** | | | | **61,231.64** |
| Account No.<br>**Saylan, David A.<br>Jackie Saylan & Steve Saylan JT Ten<br>9738 Ascot Drive<br>Omaha, NE 68114** | | - | **Construction Fund Warrants** | | | | **12,800.83** |
| Account No.<br>**Saylan, Kevin A. / Marcy B. Saylan<br>Steve Saylan & Jackie Saylan JT Ten<br>9738 Ascot Drive<br>Omaha, NE 68114** | | - | **Construction Fund Warrants** | | | | **44,802.89** |
| Account No.<br>**Saylan, Milton / Rosalie Saylan TTEES<br>Saylan Family Trust 17<br>9804 Nicholas Street, #234<br>Omaha, NE 68114** | | - | **Construction Fund Warrants** | | | | **25,601.65** |
| Account No.<br>**Saylan, Scott A. / Andrea L. Saylan<br>Steve Saylan & Jackie Saylan JT TEN<br>9738 Ascot Drive<br>Omaha, NE 68114** | | - | **Construction Fund Warrants** | | | | **6,400.41** |

Sheet no. 7 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **150,837.42**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sanitary and Improvement District #507 of Douglas County, Nebraska**, Debtor

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Saylan, Steve<br>Jacki Saylan JT TEN<br>9738 Ascot Drive<br>Omaha, NE 68114-3846** | | - | **Construction Fund Warrants** | | | | **371,223.95** |
| Account No.<br>**Scarpello, Maria A.<br>2309 S. 89th Court<br>Omaha, NE 68124** | | - | **Construction Fund Warrants** | | | | **34,306.83** |
| Account No.<br>**Sheets, Donald J.<br>Pamela S. Sheets, JT TEN<br>9600 Hollow Tree Drive<br>Lincoln, NE 68512** | | - | **Construction Fund Warrants** | | | | **76,804.95** |
| Account No.<br>**Sommerhalder, Joy A. TTEE<br>Joy A. Sommerhalder Trust<br>8523 Thackery Street, Apt. #9215<br>Dallas, TX 75225** | | - | **Construction Fund Warrants** | | | | **313,355.48** |
| Account No.<br>**Tiernan, Marilyn G.<br>TOD Account<br>239 Randall Street<br>San Francisco, CA 94131** | | - | **Construction Fund Warrants** | | | | **18,436.97** |

Sheet no. 8 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **814,128.18**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Sanitary and Improvement District #507 of Douglas County, Nebraska**, Debtor

Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Traudt, Mary L. TTEE<br>Mary L. Traudt Rev. Trust<br>1390 Caxambas Court<br>Marco Island, FL 34145-6602** | | - | **Construction Fund Warrants** | | | | **288,018.73** |
| Account No.<br>**Vomacka, Mike<br>1227 16th Avenue North<br>Saint Petersburg, FL 33704** | | - | **Construction Fund Warrants** | | | | **22,098.80** |
| Account No.<br>**Vomacka, Richard A. POD<br>Virginia L. Vomacka<br>3624 S. 55th Street<br>Omaha, NE 68106** | | - | **Construction Fund Warrants** | | | | **16,148.49** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 9 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **326,266.02** |
| Total (Report on Summary of Schedules) | **4,638,346.30** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com