UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re: ) | Case No: 10-82794 |
| ) | |
| SANITARY AND IMPROVEMENT ) | |
| DISTRICT #507 OF DOUGLAS ) | **MOTION TO LIMIT PUBLICATION** |
| COUNTY, NEBRASKA, ) | **OF NOTICE** |
| ) | |
| Debtor. ) | |

Sanitary And Improvement District #507 of Douglas County, Nebraska (the "District") hereby moves the Court that publication of the Notice of Bankruptcy in this case be required only in the Omaha World Herald and the Lincoln Journal Star newspapers. In support of this request, the District states as follows:

1. The District is a sanitary and improvement district created under the laws of the State of Nebraska as a municipal subdivision.

2. Pursuant to Section 923 of the United States Bankruptcy Code (the "Code,") publication of notice of a Chapter 9 bankruptcy is required.

3. Nebraska Rule of Bankruptcy Procedure 2080-1b.1. states that required publication shall be made in the Wall Street Journal, and the Omaha World Herald "unless otherwise requested by the Debtor in the Petition and ordered by the court after notice and a hearing."

4. As indicated by the Petition, the District has contacted creditors of the District by virtue of dissemination of a Disclosure Statement, Plan of Adjustment, Ballot and summary letter from counsel for the District. In total, there are only forty-seven (47) creditors, which would be impaired by the proposed Plan of Adjustment and all such creditors have been notified prior to this filing.

5. The cost of publication of notice in the Wall Street Journal would be a significant expense for the District, which would, in the opinion of the District, unnecessarily expend funds otherwise payable to the creditors of the District.

WHEREFORE, the District requests that the Court permit notice and a hearing on the issue of limited publication prior to the entry of the Chapter 9 notice provided in Rule 2080-1a.1.a.

DATED this 27th day of September, 2010.

SANITARY AND IMPROVEMENT DISTRICT
#507 OF DOUGLAS COUNTY, NEBRASKA,
Debtor,

By_____
William L. Biggs, #10317
GROSS & WELCH, P.C., L.L.O.
2120 South 72nd Street, Suite 1500
Omaha, NE 68124
(402) 392-1500
(402) 392-8101 (fax)
bbiggs@grosswelch.com

7832-4/681441