**D.A. Davidson & Co.**
**SID #507**
**Summary of Options**

**15 Year Plan with 4% Interest Options**

| | Ending Valuation | Remaining Debt | Unfunded Debt |
|---|---|---|---|
| 5 Houses Per Year | $25,382,400 | $3,094,644 | $556,404 |
| 7 Houses Per Year | $30,632,400 | $2,644,874 | Fully Funded at 15 Years |
| 10 Houses Per Year | $35,532,400 | $2,008,780 | Fully Fundable Before 15 Years |
| 15 Houses Per Year | $35,532,400 | $1,406,658 | Fully Fundable Before 15 Years |



EXHIBIT
4

SID NO. 507

Total Levy: $.90

Assumed New Houses Built Per Year: 5

| Warrant Principal Balance | $4,205,099.46 |
|---|---|
| Interest from 5/10/09 to 12/31/09 | $188,061.39 |
| | $4,393,160.85 |

| FISCAL | YEAR | Estimated Existing Taxable Valuation | Bond Tax Levy $/$100 | Taxes Available for Distribution @ 97% | Collection of Special Assessments | All other Reimbursables | Total Funds Available | Warrant Principal & 7% Interest Balance | 4% Interest | Bond Principal & Interest Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 09-10 | $12,257,400 | 0.0000 | $0 | $0 | $0 | $295,112 | $4,098,049.13 | $163,921.97 | $4,261,971.10 |
| 1 | 10-11 | $13,132,400 | 0.4050 | $51,596 | $71,888 | $0 | $123,484 | $3,974,565.28 | $158,982.61 | $4,297,469.86 |
| 2 | 11-12 | $14,007,400 | 0.4360 | $59,235 | $71,888 | $0 | $131,123 | $3,843,442.68 | $153,737.71 | $4,320,084.96 |
| 3 | 12-13 | $14,882,400 | 0.4632 | $66,873 | $71,888 | $0 | $138,761 | $3,704,681.33 | $148,187.25 | $4,329,510.86 |
| 4 | 13-14 | $15,757,400 | 0.4875 | $74,512 | $71,888 | $0 | $146,400 | $3,558,281.22 | $142,331.25 | $4,325,442.01 |
| 5 | 14-15 | $16,632,400 | 0.5092 | $82,151 | $71,888 | $0 | $154,039 | $3,404,242.37 | $136,169.69 | $4,307,572.85 |
| 6 | 15-16 | $17,507,400 | 0.5287 | $89,790 | $71,888 | $0 | $161,678 | $3,242,564.77 | $129,702.59 | $4,275,597.84 |
| 7 | 16-17 | $18,382,400 | 0.5464 | $97,428 | $71,888 | $0 | $169,316 | $3,073,248.42 | $122,929.94 | $4,229,211.43 |
| 8 | 17-18 | $19,257,400 | 0.5625 | $105,067 | $71,888 | $0 | $176,955 | $2,896,293.32 | $115,851.73 | $4,168,108.06 |
| 9 | 18-19 | $20,132,400 | 0.5771 | $112,706 | $71,888 | $0 | $184,594 | $2,711,699.46 | $108,467.98 | $4,091,982.18 |
| 10 | 19-20 | $21,007,400 | 0.5906 | $120,345 | $71,888 | $0 | $192,233 | $2,519,466.86 | $100,778.67 | $4,000,528.26 |
| 11 | 20-21 | $21,882,400 | 0.6030 | $127,983 | $71,888 | $0 | $199,871 | $2,319,595.51 | $92,783.82 | $3,893,440.72 |
| 12 | 21-22 | $22,757,400 | 0.6144 | $135,622 | $71,888 | $0 | $207,510 | $2,112,085.41 | $84,483.42 | $3,770,414.04 |
| 13 | 22-23 | $23,632,400 | 0.6250 | $143,261 | $71,888 | $0 | $215,149 | $1,896,936.56 | $75,877.46 | $3,631,142.65 |
| 14 | 23-24 | $24,507,400 | 0.6348 | $150,900 | $71,888 | $0 | $222,788 | $1,674,148.95 | $66,965.96 | $3,475,321.01 |
| 15 | 24-25 | $25,382,400 | 0.6439 | $158,538 | $71,888 | $200,000 | $430,426 | $1,243,722.60 | $49,748.90 | $3,094,643.56 |
| | | | | $1,576,007 | $1,078,320 | $200,000 | $3,149,438 | | $1,850,920.98 | |

ASSUMPTIONS: FOR ILLUSTRATION PURPOSES ONLY

(1) 12/31/2009 Reorganization Date

(2) $0.90/$100 Total Tax Levy with $85,000 for General Fund Expenses and Remaining Levy Being Designated to Bond Fund

(3) Average house value of $175,000

(4) Special Assessment Interest Rate of 7.5%

(5) Special Assessment Paid Over 15 Year Amortization Period

(6) Assumes plan pays off all General Fund Warrants with Bond Fund Cash

SID NO.507

| | | |
|---|---|---|
| Warrant Principal Balance | | $4,205,099.46 |
| Interest from 5/10/09 to 12/31/09 | | $188,061.39 |
| | | $4,393,160.85 |

Assumed New Houses Built Per Year: 7

Total Levy: $.90

| # | FISCAL YEAR | Estimated Existing Taxable Valuation | Bond Tax Levy $/$100 | Taxes Available for Distribution @ 97% | Collection of Special Assessments | All other Reimbursables | Total Funds Available | Warrant Principal & 7% Interest Balance | 4% Interest | Bond Principal & Interest Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 09-10 | $12,257,400 | 0.0000 | $0 | $0 | $0 | $295,112 | $4,098,049.13 | $163,921.97 | $4,261,971.10 |
| 1 | 10-11 | $13,482,400 | 0.4179 | $54,651 | $71,888 | $0 | $126,539 | $3,971,509.78 | $158,860.39 | $4,294,292.14 |
| 2 | 11-12 | $14,707,400 | 0.4580 | $65,346 | $71,888 | $0 | $137,234 | $3,834,276.18 | $153,371.05 | $4,310,429.58 |
| 3 | 12-13 | $15,932,400 | 0.4920 | $76,040 | $71,888 | $0 | $147,928 | $3,686,348.33 | $147,453.93 | $4,309,955.66 |
| 4 | 13-14 | $17,157,400 | 0.5212 | $86,734 | $71,888 | $0 | $158,622 | $3,527,726.22 | $141,109.05 | $4,292,442.61 |
| 5 | 14-15 | $18,382,400 | 0.5464 | $97,428 | $71,888 | $0 | $169,316 | $3,358,409.87 | $134,336.39 | $4,257,462.65 |
| 6 | 15-16 | $19,607,400 | 0.5685 | $108,123 | $71,888 | $0 | $180,011 | $3,178,399.27 | $127,135.97 | $4,204,588.02 |
| 7 | 16-17 | $20,832,400 | 0.5880 | $118,817 | $71,888 | $0 | $190,705 | $2,987,694.42 | $119,507.78 | $4,133,390.95 |
| 8 | 17-18 | $22,057,400 | 0.6053 | $129,511 | $71,888 | $0 | $201,399 | $2,785,295.32 | $111,451.81 | $4,043,443.66 |
| 9 | 18-19 | $23,282,400 | 0.6208 | $140,205 | $71,888 | $0 | $212,093 | $2,574,201.96 | $102,968.08 | $3,934,318.38 |
| 10 | 19-20 | $24,507,400 | 0.6348 | $150,900 | $71,888 | $0 | $222,788 | $2,351,414.36 | $94,056.57 | $3,805,587.36 |
| 11 | 20-21 | $25,732,400 | 0.6474 | $161,594 | $71,888 | $0 | $233,482 | $2,117,932.51 | $84,717.30 | $3,656,622.80 |
| 12 | 21-22 | $26,957,400 | 0.6589 | $172,288 | $71,888 | $0 | $244,176 | $1,873,756.41 | $74,950.26 | $3,487,596.96 |
| 13 | 22-23 | $28,182,400 | 0.6694 | $182,982 | $71,888 | $0 | $254,870 | $1,618,886.06 | $64,755.44 | $3,297,482.05 |
| 14 | 23-24 | $29,407,400 | 0.6790 | $193,677 | $71,888 | $0 | $265,565 | $1,353,321.45 | $54,132.86 | $3,086,050.31 |
| 15 | 24-25 | $30,632,400 | 0.6878 | $204,371 | $71,888 | $200,000 | $476,259 | $877,062.60 | $35,082.50 | $2,644,873.96 |
| | | | | $1,942,667 | $1,078,320 | $200,000 | $3,516,098 | | $1,767,811.36 | |

ASSUMPTIONS: FOR ILLUSTRATION PURPOSES ONLY

(1) 12/31/2009 Reorganization Date
(2) $0.90/$100 Total Tax Levy with $65,000 for General Fund Expenses and Remaining Levy Being Designated to Bond Fund
(3) Average house value of $175,000
(4) Special Assessment Interest Rate of 7.5%
(5) Special Assessment Paid Over 15 Year Amortization Period
(6) Assumes plan pays off all General Fund Warrants with Bond Fund Cash

**SID NO.507**

Total Levy: $.90

Assumed New Houses Built Per Year: 10

Warrant Principal Balance: $4,205,099.46
Interest from 5/19/09 to 12/31/09: $188,061.39
$4,393,160.85

| FISCAL YEAR | YEAR | Estimated Existing Taxable Valuation | Bond Tax Levy $/$100 | Taxes Available for Distribution @ 97% | Collection of Special Assessments | All other Reimbursables | Total Funds Available | Warrant Principal & 7% Interest Balance | 4% Interest | Bond Principal & Interest Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 09-10 | $12,257,400 | 0.0000 | $0 | $0 | $0 | $295,112 | $4,098,049.13 | $163,921.97 | $4,261,971.10 |
| 1 | 10-11 | $14,007,400 | 0.4360 | $59,235 | $71,888 | $0 | $131,123 | $3,966,926.53 | $158,677.06 | $4,289,525.56 |
| 2 | 11-12 | $15,757,400 | 0.4875 | $74,512 | $71,888 | $0 | $146,400 | $3,820,526.43 | $152,821.06 | $4,295,946.51 |
| 3 | 12-13 | $17,507,400 | 0.5287 | $89,790 | $71,888 | $0 | $161,678 | $3,658,848.83 | $146,353.95 | $4,280,622.86 |
| 4 | 13-14 | $19,257,400 | 0.5625 | $105,067 | $71,888 | $0 | $176,955 | $3,481,893.72 | $139,275.75 | $4,242,943.51 |
| 5 | 14-15 | $21,007,400 | 0.5906 | $120,345 | $71,888 | $0 | $192,233 | $3,289,661.12 | $131,586.44 | $4,182,297.35 |
| 6 | 15-16 | $22,757,400 | 0.6144 | $135,622 | $71,888 | $0 | $207,510 | $3,082,151.02 | $123,286.04 | $4,098,073.29 |
| 7 | 16-17 | $24,507,400 | 0.6348 | $150,900 | $71,888 | $0 | $222,788 | $2,859,363.42 | $114,374.54 | $3,989,660.23 |
| 8 | 17-18 | $26,257,400 | 0.6525 | $166,177 | $71,888 | $0 | $238,065 | $2,621,298.32 | $104,851.93 | $3,856,447.06 |
| 9 | 18-19 | $28,007,400 | 0.6679 | $181,455 | $71,888 | $0 | $253,343 | $2,367,955.71 | $94,718.23 | $3,697,822.68 |
| 10 | 19-20 | $29,757,400 | 0.6816 | $196,732 | $71,888 | $0 | $268,620 | $2,099,335.61 | $83,973.42 | $3,513,176.01 |
| 11 | 20-21 | $31,507,400 | 0.6937 | $212,010 | $71,888 | $0 | $283,898 | $1,815,438.01 | $72,617.52 | $3,301,895.92 |
| 12 | 21-22 | $33,257,400 | 0.7046 | $227,287 | $71,888 | $0 | $299,175 | $1,516,262.91 | $60,650.52 | $3,063,371.34 |
| 13 | 22-23 | $35,007,400 | 0.7143 | $242,565 | $71,888 | $0 | $314,453 | $1,201,810.31 | $48,072.41 | $2,796,991.15 |
| 14 | 23-24 | $35,532,400 | 0.7171 | $247,148 | $71,888 | $0 | $319,036 | $882,774.45 | $35,310.98 | $2,513,266.28 |
| 15 | 24-25 | $35,532,400 | 0.7171 | $247,148 | $71,888 | $200,000 | $519,036 | $363,738.60 | $14,549.54 | $2,008,779.97 |
| | | | | $2,455,991 | $1,078,320 | $200,000 | $4,029,422 | | $1,645,041.37 | |

**ASSUMPTIONS: FOR ILLUSTRATION PURPOSES ONLY**

(1) 12/31/2009 Reorganization Date
(2) $0.90/$100 Total Tax Levy with $65,000 for General Fund Expenses and Remaining Levy Being Designated to Bond Fund
(3) Average house value of $175,000
(4) Special Assessment Interest Rate of 7.5%
(5) Special Assessment Paid Over 15 Year Amortization Period
(6) Assumes plan pays off all General Fund Warrants with Bond Fund Cash

**SID NO. 607**

Total Levy: $.50
Assumed New Houses Built Per Year: 15

Warrant Principal Balance $4,205,099.46
Interest from 5/10/09 to 12/31/09 $188,061.39
$4,393,160.85

| | FISCAL YEAR | Estimated Existing Taxable Valuation | Bond Tax Levy $/$100 | Taxes Available for Distribution @ 97% (Assessments) | Collection of Special Assessments | All other Reimbursables | Total Funds Available | Warrant Principal & 7% Interest Balance | Interest 4% | Bond Principal & Interest Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 09-10 | $12,257,400 | 0.0000 | $0 | $0 | $0 | $295,112 | $4,098,049.13 | $163,921.97 | $4,261,971.10 |
| 1 | 10-11 | $14,882,400 | 0.4632 | $66,873 | $71,888 | $0 | $138,761 | $3,959,287.78 | $158,371.51 | $4,281,581.26 |
| 2 | 11-12 | $17,507,400 | 0.5287 | $89,790 | $71,888 | $0 | $161,678 | $3,797,610.18 | $151,904.41 | $4,271,808.06 |
| 3 | 12-13 | $20,132,400 | 0.5771 | $112,706 | $71,888 | $0 | $184,594 | $3,613,016.33 | $144,520.65 | $4,231,734.86 |
| 4 | 13-14 | $22,757,400 | 0.6144 | $135,622 | $71,888 | $0 | $207,510 | $3,405,506.22 | $136,220.25 | $4,160,445.01 |
| 5 | 14-15 | $25,382,400 | 0.6439 | $158,538 | $71,888 | $0 | $230,426 | $3,175,079.87 | $127,003.19 | $4,057,021.85 |
| 6 | 15-16 | $28,007,400 | 0.6679 | $181,455 | $71,888 | $0 | $253,343 | $2,921,737.27 | $116,889.49 | $3,920,548.74 |
| 7 | 16-17 | $30,632,400 | 0.6878 | $204,371 | $71,888 | $0 | $276,259 | $2,645,478.42 | $105,819.14 | $3,750,109.03 |
| 8 | 17-18 | $33,257,400 | 0.7046 | $227,287 | $71,888 | $0 | $299,175 | $2,346,303.32 | $93,852.13 | $3,544,786.06 |
| 9 | 18-19 | $35,532,400 | 0.7171 | $247,148 | $71,888 | $0 | $319,036 | $2,027,267.46 | $81,090.70 | $3,306,840.90 |
| 10 | 19-20 | $35,532,400 | 0.7171 | $247,148 | $71,888 | $0 | $319,036 | $1,708,231.61 | $68,329.26 | $3,056,134.32 |
| 11 | 20-21 | $35,532,400 | 0.7171 | $247,148 | $71,888 | $0 | $319,036 | $1,389,195.76 | $55,567.83 | $2,792,666.29 |
| 12 | 21-22 | $35,532,400 | 0.7171 | $247,148 | $71,888 | $0 | $319,036 | $1,070,159.91 | $42,806.40 | $2,516,456.84 |
| 13 | 22-23 | $35,532,400 | 0.7171 | $247,148 | $71,888 | $0 | $319,036 | $751,124.08 | $30,044.96 | $2,227,445.95 |
| 14 | 23-24 | $35,532,400 | 0.7171 | $247,148 | $71,888 | $0 | $319,036 | $432,088.20 | $17,283.53 | $1,925,693.63 |
| 15 | 24-25 | $35,532,400 | 0.7171 | $247,148 | $71,888 | $200,000 | $519,036 | $0.00 | $0.00 | $1,406,657.77 |
| | | | | $2,906,677 | $1,078,320 | $200,000 | $4,480,109 | | $1,493,605.42 | |

ASSUMPTIONS:  FOR ILLUSTRATION PURPOSES ONLY
(1) 12/31/2009 Reorganization Date
(2) $0.90/$100 Total Tax Levy with $65,000 for General Fund Expenses and Remaining Levy Being Designated to Bond Fund
(3) Average house value of $175,000
(4) Special Assessment Interest Rate of 7.5%
(5) Special Assessment Paid Over 15 Year Amortization Period
(6) Assumes plan pays off all General Fund Warrants with Bond Fund Cash