UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: )  Case No BK10-82794
)
)
SANITARY AND IMPROVEMENT )
DISTRICT #507 OF DOUGLAS )  **REPORT ON BALLOTS**
COUNTY, NEBRASKA, )
)
Debtor. )

1. The following claims/warrants are creditors of the District:

   Principal amount of warrants      $4,499,456.46.
   Accrued Interest to 9/27/10       $ 119,858.84

   Total Amount Due                  $4,619,315.30

   There are 839 total warrants held by 47 creditors.

2. The following acceptances and rejections have been filed:

   | | Total | Number of Creditors | Number of Warrants |
   |---|---|---|---|
   | Accepting | $3,680,173.75 | 29 | 632 |
   | Rejects | -0- | 0 | 0 |

   Approval Percentage by Number:      100%

   Approval Percentage by Dollar Amount   100%

The Debtor, by counsel, submits that pursuant to the foregoing, sufficient acceptances have been received to confirm the Plan filed of even date therewith 2009.

DATED September 27, 2010.

SANITARY AND IMPROVEMENT DISTRICT
#507 OF DOUGLAS COUNTY, NEBRASKA,
Debtor,

By_____
William L. Biggs, #10317
GROSS & WELCH, P.C., L.L.O.
2120 South 72nd Street, Suite 1500
Omaha, NE 68124
(402) 392-1500

7832-4/681467