UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | CASE NO. BK10-82794 |
| ) | |
| SANITARY AND IMPROVEMENT ) | **CHAPTER 9** |
| DISTRICT #507 OF DOUGLAS ) | **STATEMENT OF QUALIFICATION** |
| COUNTY, NEBRASKA, ) | **UNDER SECTION 109(C) OF THE** |
| ) | **UNITED STATES BANKRUPTCY CODE** |
| Debtor. ) | |

1.  Sanitary and Improvement District #507 of Douglas County, Nebraska (the "Debtor") is a municipality, as that term is defined in Section 101(40) of the United States Bankruptcy Code;

2.  The Debtor is specifically authorized in the capacity as a municipality or by name to be a debtor under Chapter 9 of the United States Bankruptcy Code by the laws of the State of Nebraska, or by governing officer or organization empowered by the laws of the State of Nebraska to authorize such an entity to be a debtor under Chapter 9;

3.  The Debtor is insolvent;

4.  The Debtor desires to effect a plan to adjust its debts; and

5.  The Debtor has negotiated in good faith with creditors and ultimately forwarded to each of the creditors a Plan of Adjustment along with a Disclosure Statement seeking agreement by the creditors. All of the creditors voting voted in favor of the Plan with the results being that more than half in the number of creditors and more than half of the number of warrants, as well as more than two-thirds in the total amount of the claims of each class that the Debtor intends to impair under the Plan in its Chapter 9 case voted in favor of that Plan.

DATED this 27th day of September 2010.

          SANITARY AND IMPROVEMENT DISTRICT
          #507 OF DOUGLAS COUNTY, NEBRASKA,
          Debtor,

By _____
     William L. Biggs, #10317
     GROSS & WELCH, P.C., L.L.O.
     2120 South 72nd Street, Suite 1500
     Omaha, NE 68124
     (402) 392-1500
     (402) 392-8101 (fax)
     bbiggs@grosswelch.com

7832-4/681443