

Chambers of
**WILLIAM JAY RILEY**
Chief Judge
United States Court of Appeals
Eighth Circuit

Roman L. Hruska Courthouse
111 South 18th Plaza, Suite 4303
Omaha, Nebraska 68102-1322
(402) 661-7575
Fax: (402) 661-7574

September 29, 2010

Honorable Thomas L. Saladino
Chief Judge
United States Bankruptcy Court
Robert V. Denney
 United States Courthouse
100 Centennial Mall North, Room 463
Lincoln, NE 68508-3803

Re: Sanitary and Improvement District #507 of Douglas County, Nebraska
    Bankruptcy Proceeding No.10-82794

Dear Judge Saladino:

    I enclose a copy of the Designation form I signed to authorize your assignment for the above-captioned case. I also enclose the Certificate of Designation from Diane Zech, Clerk of the Bankruptcy Court, requesting that I designate a bankruptcy judge to conduct this case.

    As is customary, I am sending the original Designation to the Circuit Executive. I greatly appreciate your willingness to accept this additional bankruptcy case.

    With best regards,

Sincerely,

William Jay Riley
Chief Judge

WJR/jms
Enclosures

cc: Chief Judge Joseph F. Bataillon
    Chief Judge Thomas L. Saladino
    Millie Adams, Circuit Executive



Chambers of
WILLIAM JAY RILEY
Chief Judge
United States Court of Appeals
Eighth Circuit

Roman L. Hruska Courthouse
111 South 18th Plaza, Suite 4303
Omaha, Nebraska 68102-1322
(402) 661-7575
Fax: (402) 661-7574

## DESIGNATION OF UNITED STATES BANKRUPTCY JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE EIGHTH CIRCUIT

WHEREAS, in my judgment, the public interest so requires,

NOW THEREFORE, I do hereby designate and assign

THE HONORABLE THOMAS L. SALADINO

United States Bankruptcy Judge for the District of Nebraska, to hold a term of court in the United States Bankruptcy Court for the District of Nebraska during the period beginning September 28, 2010, and ending upon case closing, and for such additional time in advance thereof to prepare for the hearing of the case, or thereafter as may be required to complete unfinished business in the following case:

In the matter of:

*Sanitary and Improvement District #507 of Douglas County, Nebraska*

Bankruptcy Proceeding No.10-82794

Chapter 9

_____
William Jay Riley, Chief Judge
United States Court of Appeals – Eighth Circuit

Dated Sept. 28, 2010

Original:  Diane Zech, Bankruptcy Clerk, District of Nebraska
cc:        Chief District Joseph F. Bataillon
           Chief Bankruptcy Judge Thomas L. Saladino