

Chambers of
**WILLIAM JAY RILEY**
Chief Judge
United States Court of Appeals
Eighth Circuit

Roman L. Hruska Courthouse
111 South 18th Plaza, Suite 4303
Omaha, Nebraska 68102-1322
(402) 661-7575
Fax: (402) 661-7574

September 29, 2010

Honorable Thomas L. Saladino
Chief Judge
United States Bankruptcy Court
Robert V. Denney
 United States Courthouse
100 Centennial Mall North, Room 463
Lincoln, NE 68508-3803

Re:  Sanitary and Improvement District #507 of Douglas County, Nebraska
     Bankruptcy Proceeding No.10-82794

Dear Judge Saladino:

    I enclose a copy of the Designation form I signed to authorize your assignment for the above-captioned case. I also enclose the Certificate of Designation from Diane Zech, Clerk of the Bankruptcy Court, requesting that I designate a bankruptcy judge to conduct this case.

    As is customary, I am sending the original Designation to the Circuit Executive. I greatly appreciate your willingness to accept this additional bankruptcy case.

With best regards,

Sincerely,

William Jay Riley
Chief Judge

WJR/jms
Enclosures

cc:  Chief Judge Joseph F. Bataillon
    Chief Judge Thomas L. Saladino
    Millie Adams, Circuit Executive

Chambers of
**WILLIAM JAY RILEY**
Chief Judge
United States Court of Appeals
Eighth Circuit



Roman L. Hruska Courthouse
111 South 18th Plaza, Suite 4303
Omaha, Nebraska 68102-1322
(402) 661-7575
Fax: (402) 661-7574

## DESIGNATION OF UNITED STATES BANKRUPTCY JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE EIGHTH CIRCUIT

WHEREAS, in my judgment, the public interest so requires,

NOW THEREFORE, I do hereby designate and assign

THE HONORABLE THOMAS L. SALADINO

United States Bankruptcy Judge for the District of Nebraska, to hold a term of court in the United States Bankruptcy Court for the District of Nebraska during the period beginning September 28, 2010, and ending upon case closing, and for such additional time in advance thereof to prepare for the hearing of the case, or thereafter as may be required to complete unfinished business in the following case:

In the matter of:

*Sanitary and Improvement District #507 of Douglas County, Nebraska*

Bankruptcy Proceeding No.10-82794

Chapter 9

William Jay Riley, Chief Judge
United States Court of Appeals – Eighth Circuit

Dated Sept. 28, 2010

Original: Diane Zech, Bankruptcy Clerk, District of Nebraska
cc:    Chief District Joseph F. Bataillon
       Chief Bankruptcy Judge Thomas L. Saladino

# CERTIFICATE OF NOTICE

```
District/off: 0867-8           User: nwenzl                 Page 1 of 2                   Date Rcvd: Oct 01, 2010
Case: 10-82794                 Form ID: pdf                 Total Noticed: 50

The following entities were noticed by first class mail on Oct 03, 2010.
db           +Sanitary and Improvement District #507 of Douglas,    11506 Nicholas Street,    Suite 100,
               Omaha, NE 68154-4421
3519368      +Amies, Julia M. TTEE,    Julia M. Travis Rev. Tr,    1634 Pepperwood Drive,
               Saint Louis, MO 63146-3812
3519369      +Bushey, Frances L.,    1861 N. 115th Plaza, #3607,    Omaha, NE 68154-4634
3519370       Caniglia, James F.,    Edith A. Caniglia JT TEN,    3072 S. 73rd Street,    Omaha, NE 68124-3512
3519371      +Caniglia, Joseph P. / Loretta Caniglia,    Joseph and Loretta Caniglia Living Trust,
               6769 Valley Street,    Omaha, NE 68106-3603
3519372       Censtate Financial Services,    1212 N. 96th Street,    P.O. Box 34350,    Omaha, NE 68134-0350
3519373      +Chomac LLC,    1510 S. 152nd Avenue Circle,    Omaha, NE 68144-5115
3519374      +Cizek, Ronald J. TTEE,    Ronald J. Cizek Family Trust,    17427 Island Circle,
               Bennington, NE 68007-5738
3519375       Crotty, Richard D.,    421 W. Broadway, Suite 311,    Council Bluffs, IA 51503-9046
3519376      +D.A. Davidson & Co.,    1111 N. 102nd Court, Suite 300,    Omaha, NE 68114-2194
3519377      +D.A. Davidson & Co. as Cust For,    Richard A. Vomacka IRA,    3624 S. 55th Street,
               Omaha, NE 68106-4416
3519378       Daly, John F.,    900 N. 90th Street, Apt. 251,    Omaha, NE 68114-2704
3519379       Devereaux, Michael D. TOD Account,    Special Account,    12942 Old Cherry Road,
               Omaha, NE 68137-4315
3519380      +Dickinson, Donald R.,    11217 Washington Street,    Omaha, NE 68137-4678
3519381      +Douglas County Attorney,    Hall of Justice,    17th and Farnam,    Omaha, NE 68183-0001
3519382      +Douglas County Treasurer,    1819 Farnam Street,    Omaha, NE 68183-1000
3519383       Edward D. Jones-FBO P. Philpott,    A/C 6911320619,    700 Maryville Center Drive,
               Saint Louis, MO 63141-5824
3519384       Freeman, Louise B.,    619 Wildwood Drive,    Joliet, IL 60431-4898
3519385      +French, Patricia,    John B. French, Jr. JT TEN,    6309 S. 79th Circle,    Omaha, NE 68127-4271
3519386      +Greenberg Kreisberg, Elise,    Ann B. Greenberg Revoc Trust,    4409 Manor Circle,
               Sioux City, IA 51104-1044
3519387       Greenberg, Elise,    P.O. Box 1114,    Sioux City, IA 51102-1114
3519388      +Greenberg-Sachnoff, Amy Beth TTEE,    AmyBeth Greenberg-Sachnoff Rev. Tr,    835 46th Street,
               Sioux City, IA 51104-1435
3519389       Hagan, Steven,    2629 S. 96th Circle,    Omaha, NE 68124-1948
3519390      +Jones, Margaret,    432 N. 38th Street,    Omaha, NE 68131-2355
3519391       Kenefick, Michael A.,    Holli Kenefick JT Ten,    17734 Jones Street,    Omaha, NE 68118-3524
3519392      +Kreisberg, E., L. Freeman,    Greenberg Mrtl Gst Non Exmp Trust,    P.O. Box 1114,
               Sioux City, IA 51102-1114
3519393      +Kreisberg, E., L. Freeman,    Greenberg Resid Gst Exp Tst Trust,    P.O. Box 1114,
               Sioux City, IA 51102-1114
3519394      +Kreisberg, E., L. Freeman,,    Greenberg Resid GST Non Exmp Trust,    P.O. Box 1114,
               Sioux City, IA 51102-1114
3519395      +Lozier, Allan G./Dianne S. Lozier TTEES,    Allan G. Lozier Rev. Tr,    6336 Pershing Drive,
               Omaha, NE 68110-1100
3519396       McKay, Jerry M.,    Cheryl D. McKay JT Ten,    4914 N. 135th Avenue,    Omaha, NE 68164-6169
3519397      +McVey, William F.,    Janet E. McVey JT Ten,    One Westlake Village,
               Council Bluffs, IA 51501-8245
3519398      +Needham, Steven C.,    55055 Fallow Road,    Pacific Junction, IA 51561-4193
3519399      +Peterson, Richard B. TTEE,    Richard B. Peterson Rev Liv T Trust,    1036 Skyline Drive,
               Elkhorn, NE 68022-1734
3519400      +Progressive Municipal Bond Fund,    12829 W. Dodge Road,    Omaha, NE 68154-2101
3519401      +Reed, Betsy Jo Successor TTEE,    Betsy Jo Reed Rev Trust,    9728 Nottingham Drive,
               Omaha, NE 68114-3811
3519402      +Reed, Robert A. Successor TTEE,    Robert A. Reed Rev. Trust,    9728 Nottingham Drive,
               Omaha, NE 68114-3811
3519403      +Rich, Louis A. TTEE,    Louis Rich Family Trust,    11735 N. 131 Way,    Scottsdale, AZ 85259-3613
3519404      +Rich, Louis A. TTEE TTEE,    Beverly W. Rich Family Trust,    11735 N. 131 Way,
               Scottsdale, AZ 85259-3613
3519405      +Saylan, David A.,    Jackie Saylan & Steve Saylan JT Ten,    9738 Ascot Drive,
               Omaha, NE 68114-3846
3519406      +Saylan, Kevin A. / Marcy B. Saylan,    Steve Saylan & Jackie Saylan JT Ten,    9738 Ascot Drive,
               Omaha, NE 68114-3846
3519407      +Saylan, Milton / Rosalie Saylan TTEES,    Saylan Family Trust 17,    9804 Nicholas Street, #234,
               Omaha, NE 68114-2180
3519408      +Saylan, Scott A. / Andrea L. Saylan,    Steve Saylan & Jackie Saylan JT TEN,    9738 Ascot Drive,
               Omaha, NE 68114-3846
3519409       Saylan, Steve,    Jacki Saylan JT TEN,    9738 Ascot Drive,    Omaha, NE 68114-3846
3519410      +Scarpello, Maria A.,    2309 S. 89th Court,    Omaha, NE 68124-2079
3519411      +Sheets, Donald J.,    Pamela S. Sheets, JT TEN,    9600 Hollow Tree Drive,    Lincoln, NE 68512-9534
3519412      +Sommerhalder, Joy A. TTEE,    Joy A. Sommerhalder Trust,    8523 Thackery Street, Apt. #9215,
               Dallas, TX 75225-3964
3519413      +Tiernan, Marilyn G.,    TOD Account,    239 Randall Street,    San Francisco, CA 94131-2738
3519414       Traudt, Mary L. TTEE,    Mary L. Traudt Rev. Trust,    1390 Caxambas Court,
               Marco Island, FL 34145-6602
3519415      +Vomacka, Mike,    1227 16th Avenue North,    Saint Petersburg, FL 33704-4025
3519416      +Vomacka, Richard A. POD,    Virginia L. Vomacka,    3624 S. 55th Street,    Omaha, NE 68106-4416
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0867-8          User: nwenzl            Page 2 of 2            Date Rcvd: Oct 01, 2010
Case: 10-82794                Form ID: pdf            Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2010**                    **Signature:** *Joseph Speetjens*