IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | CASE NO: BK10-82794-TLS |
| ) | CHAPTER 9 |
| SANITARY AND IMPROVEMENT ) | |
| DISTRICT #507 OF DOUGLAS ) | |
| COUNTY, NEBRASKA, ) | |
| ) | |
| Debtors. ) | |

## NOTICE SETTING OBJECTION/RESISTANCE DEADLINE ON MOTION TO LIMIT PUBLICATION

TO: CREDITORS AND PARTIES IN INTEREST:

Please take notice that Sanitary and Improvement District #507 of Douglas County, Nebraska ("Debtor") has filed its "Motion to Limit Publication." A copy of said motion is attached hereto as Exhibit "A." On October 4, 2010 the Court entered its "Order Conditionally Granting Motion to Limit Publication Notice," attached hereto as Exhibit "B." Any resistance to the Motion to Limit Publication Notice or request for hearing must be filed with the Clerk of the Bankruptcy Court and a copy served on the movant on or before **October 14, 2010**.

Neb. R. Bankr. P. 9013 applies to this proceeding.

If the resistance period expires without the filing of any resistance or request for hearing, the Court will consider the Motion without further notice or a hearing. If a timely resistance or request for hearing is filed and served, the Clerk shall schedule a hearing upon not less than 14 days notice.

All resistances to the application shall set forth the specific factual and legal basis and conclude with a particular request for relief.

DATED: October 4, 2010.

_____
William L. Biggs, #10317
GROSS & WELCH, P.C., L.L.O.
2120 South 72nd Street, Suite 1500
Omaha, NE 68124
(402) 392-1500
(402) 392-8101 (fax)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No: 10-82794 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | |
| DISTRICT #507 OF DOUGLAS | ) | MOTION TO LIMIT PUBLICATION |
| COUNTY, NEBRASKA, | ) | OF NOTICE |
| | ) | |
| Debtor. | ) | |

Sanitary And Improvement District #507 of Douglas County, Nebraska (the "District") hereby moves the Court that publication of the Notice of Bankruptcy in this case be required only in the Omaha World Herald and the Lincoln Journal Star newspapers. In support of this request, the District states as follows:

1. The District is a sanitary and improvement district created under the laws of the State of Nebraska as a municipal subdivision.

2. Pursuant to Section 923 of the United States Bankruptcy Code (the "Code,") publication of notice of a Chapter 9 bankruptcy is required.

3. Nebraska Rule of Bankruptcy Procedure 2080-1b.1. states that required publication shall be made in the Wall Street Journal, and the Omaha World Herald "unless otherwise requested by the Debtor in the Petition and ordered by the court after notice and a hearing."

4. As indicated by the Petition, the District has contacted creditors of the District by virtue of dissemination of a Disclosure Statement, Plan of Adjustment, Ballot and summary letter from counsel for the District. In total, there are only forty-seven (47) creditors, which would be impaired by the proposed Plan of Adjustment and all such creditors have been notified prior to this filing.


EXHIBIT A

5.  The cost of publication of notice in the Wall Street Journal would be a significant expense for the District, which would, in the opinion of the District, unnecessarily expend funds otherwise payable to the creditors of the District.

WHEREFORE, the District requests that the Court permit notice and a hearing on the issue of limited publication prior to the entry of the Chapter 9 notice provided in Rule 2080-1a.1.a.

DATED this 27th day of September, 2010.

SANITARY AND IMPROVEMENT DISTRICT
#507 OF DOUGLAS COUNTY, NEBRASKA,
Debtor,

By _____
William L. Biggs, #10347
GROSS & WELCH, P.C., L.L.O.
2120 South 72nd Street, Suite 1500
Omaha, NE 68124
(402) 392-1500
(402) 392-8101 (fax)
bbiggs@grosswelch.com

7632-4/681441

2

**Snyder, Cheri**

| | |
|---|---|
| From: | neb_bkecf@neb.uscourts.gov |
| Sent: | Monday, October 04, 2010 8:58 AM |
| To: | Courtmail@neb.uscourts.gov |
| Subject: | Ch-9 10-82794-TLS Sanitary and Improvement District #507 of Dou Order on Motion To Limit Notice |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### District of Nebraska

Notice of Electronic Filing

The following transaction was received from law entered on 10/4/2010 at 8:57 AM CDT and filed on 10/4/2010

**Case Name:** Sanitary and Improvement District #507 of Dou
**Case Number:** 10-82794-TLS
**Document Number:** 17

**Docket Text:**
Order Conditionally Granting Motion to Limit Publication Notice Filed by Debtor Sanitary and Improvement District #507 of Douglas County, Nebraska. (Related Doc # [7]). The Motion to Limit Publication Notice is Conditionally Granted. Debtor shall proceed to give notice as requested in the motion. At the same time, Debtor shall serve the Motion to Limit Publication Notice on all known creditors with a 10-day resistance deadline. HEREBY ORDERED by Judge Thomas L. Saladino. (Text Only Order) (law)

The following document(s) are associated with this transaction:

**10-82794-TLS Notice will be electronically mailed to:**

William L. Biggs on behalf of Debtor Sanitary and Improvement District #507 of Douglas County, Nebraska
bbiggs@grosswelch.com

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

**10-82794-TLS Notice will not be electronically mailed to:**


EXHIBIT B

1