IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: )<br>)<br>SANITARY AND IMPROVEMENT )<br>DISTRICT #507 OF DOUGLAS )<br>COUNTY, NEBRASKA, )<br>)<br>               Debtor. )<br>-------------------------------------------------- ) | CASE NO: BK10-82794-TLS<br>CHAPTER 11 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2010, the following documents were served by depositing copies thereof in the United States mail, first class postage prepaid, addressed to all creditors on the debtor's mailing matrix, attached as Exhibit "A" hereto:

1. Notice of Commencement of Case under Chapter 9, Notice of Automatic Stay, Notice of Time for Filing Resistances to the Petition, Order for Relief, Notice of Time for Filing Proofs of Claim, and related Orders Combined with Notice Thereof;

2. Motion to Limit Publication of Notice;

3. Order Conditionally Granting Motion to Limit Publication Notice;

4. Notice Setting Objection/Resistance Deadline on Motion to Limit Publication.

SANITARY AND IMPROVEMENT DISTRICT
#507 OF DOUGLAS COUNTY, NEBRASKA,
Debtor,

By _____
William L. Biggs, #10317
GROSS & WELCH, P.C., LLO
2120 South 72nd Street, Suite 1500
Omaha, NE 68124
(402) 392-1500
(402) 392-8101 (fax)

7832-4/682689

```
Label Matrix for local noticing      Amies, Julia M. TTEE              William L. Biggs Jr.
0867-8                               Julia M. Travis Rev. Tr           Gross & Welch
Case 10-82794-TLS                    1634 Pepperwood Drive             2120 So. 72 St.
District of Nebraska                 Saint Louis, MO 63146-3812        1500 Omaha Tower
Omaha Office                                                           Omaha, NE 68124
Mon Oct  4 15:09:05 CDT 2010

Bushey, Frances L.                   Caniglia, James F.                Caniglia, Joseph P. / Loretta Caniglia
1861 N. 115th Plaza, #3607           Edith A. Caniglia JT TEN          Joseph and Loretta Caniglia Living Trust
Omaha, NE 68154-4634                 3072 S. 73rd Street               6769 Valley Street
                                     Omaha, NE 68124-3512              Omaha, NE 68106-3603


Censtate Financial Services          Chomac LLC                        Cizek, Ronald J. TTEE
1212 N. 96th Street                  1510 S. 152nd Avenue Circle       Ronald J. Cizek Family Trust
P.O. Box 34350                       Omaha, NE 68144-5115              17427 Island Circle
Omaha, NE 68134-0350                                                   Bennington, NE 68007-5738


Crotty, Richard D.                   D.A. Davidson & Co.               D.A. Davidson & Co. as Cust For
421 W. Broadway, Suite 311           1111 N. 102nd Court, Suite 300    Richard A. Vomacka IRA
Council Bluffs, IA 51503-9046        Omaha, NE 68114-2194              3624 S. 55th Street
                                                                       Omaha, NE 68106-4416


Daly, John F.                        Devereaux, Michael D. TOD Account Dickinson, Donald R.
900 N. 90th Street, Apt. 251         Special Account                   11217 Washington Street
Omaha, NE 68114-2704                 12942 Old Cherry Road             Omaha, NE 68137-4678
                                     Omaha, NE 68137-4315


Douglas County Attorney              Douglas County Treasurer          Edward D. Jones-FBO P. Philpott
Hall of Justice                      1819 Farnam Street                A/C 6911320619
17th and Farnam                      Omaha, NE 68183-1000              700 Maryville Center Drive
Omaha, NE 68183-0001                                                   Saint Louis, MO 63141-5824


Patricia Fahey                       Freeman, Louise B.                French, Patricia
U.S. Trustee's Office                619 Wildwood Drive                John B. French, Jr. JT TEN
111 So 18th Plz                      Joliet, IL 60431-4898             6309 S. 79th Circle
Suite 1148                                                             Omaha, NE 68127-4271
Omaha, NE 68102-1321


Greenberg Kreisberg, Elise           Greenberg, Elise                  Greenberg-Sachnoff, Amy Beth TTEE
Ann B. Greenberg Revoc Trust         P.O. Box 1114                     AmyBeth Greenberg-Sachnoff Rev. Tr
4409 Manor Circle                    Sioux City, IA 51102-1114         835 46th Street
Sioux City, IA 51104-1044                                              Sioux City, IA 51104-1435


Hagan, Steven                        Jones, Margaret                   Kenefick, Michael A.
2629 S. 96th Circle                  432 N. 38th Street                Holli Kenefick JT Ten
Omaha, NE 68124-1948                 Omaha, NE 68131-2355              17734 Jones Street
                                                                       Omaha, NE 68118-3524


Kreisberg, E., L. Freeman            Kreisberg, E., L. Freeman         Kreisberg, E., L. Freeman,
Greenberg Mrtl Gst Non Exmp Trust    Greenberg Resid Gst Exp Tst Trust Greenberg Resid GST Non Exmp Trust
P.O. Box 1114                        P.O. Box 1114                     P.O. Box 1114
Sioux City, IA 51102-1114            Sioux City, IA 51102-1114         Sioux City, IA 51102-1114
```

Lozier, Allan G./Dianne S. Lozier TTEES
Allan G. Lozier Rev. Tr
6336 Pershing Drive
Omaha, NE 68110-1100

McKay, Jerry M.
Cheryl D. McKay JT Ten
4914 N. 135th Avenue
Omaha, NE 68164-6169

McVey, William F.
Janet E. McVey JT Ten
One Westlake Village
Council Bluffs, IA 51501-8245

Needham, Steven C.
55055 Fallow Road
Pacific Junction, IA 51561-4193

Peterson, Richard B. TTEE
Richard B. Peterson Rev Liv T Trust
1036 Skyline Drive
Elkhorn, NE 68022-1734

Progressive Municipal Bond Fund
12829 W. Dodge Road
Omaha, NE 68154-2101

Reed, Betsy Jo Successor TTEE
Betsy Jo Reed Rev Trust
9728 Nottingham Drive
Omaha, NE 68114-3811

Reed, Robert A. Successor TTEE
Robert A. Reed Rev. Trust
9728 Nottingham Drive
Omaha, NE 68114-3811

Rich, Louis A. TTEE
Louis Rich Family Trust
11735 N. 131 Way
Scottsdale, AZ 85259-3613

Rich, Louis A. TTEE TTEE
Beverly W. Rich Family Trust
11735 N. 131 Way
Scottsdale, AZ 85259-3613

Sanitary and Improvement District #507
11506 Nicholas Street
Suite 100
Omaha, NE 68154-4421

Saylan, David A.
Jackie Saylan & Steve Saylan JT Ten
9738 Ascot Drive
Omaha, NE 68114-3846

Saylan, Kevin A. / Marcy B. Saylan
Steve Saylan & Jackie Saylan JT Ten
9738 Ascot Drive
Omaha, NE 68114-3846

Saylan, Milton / Rosalie Saylan TTEES
Saylan Family Trust 17
9804 Nicholas Street, #234
Omaha, NE 68114-2180

Saylan, Scott A. / Andrea L. Saylan
Steve Saylan & Jackie Saylan JT TEN
9738 Ascot Drive
Omaha, NE 68114-3846

Saylan, Steve
Jacki Saylan JT TEN
9738 Ascot Drive
Omaha, NE 68114-3846

Scarpello, Maria A.
2309 S. 89th Court
Omaha, NE 68124-2079

Sheets, Donald J.
Pamela S. Sheets, JT TEN
9600 Hollow Tree Drive
Lincoln, NE 68512-9534

Sommerhalder, Joy A. TTEE
Joy A. Sommerhalder Trust
8523 Thackery Street, Apt. #9215
Dallas, TX 75225-3964

Tiernan, Marilyn G.
TOD Account
239 Randall Street
San Francisco, CA 94131-2738

Traudt, Mary L. TTEE
Mary L. Traudt Rev. Trust
1390 Caxambas Court
Marco Island, FL 34145-6602

Vomacka, Mike
1227 16th Avenue North
Saint Petersburg, FL 33704-4025

Vomacka, Richard A. POD
Virginia L. Vomacka
3624 S. 55th Street
Omaha, NE 68106-4416

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Thomas L. Saladino

End of Label Matrix
Mailable recipients    52
Bypassed recipients     1
Total                  53