IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK10-82794 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | CHAPTER 9 |
| DISTRICT NO. #507 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

## APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

Sanitary and Improvement District # 507 of Douglas County, Nebraska, debtor in possession, by and through its attorney of record, hereby makes this application for payment of expenses related to the administration of the estate in these pleadings.

Since September 28, 2010, when the Debtor filed its Chapter 9 proceeding, certain necessary costs and expenses of preserving the estate were incurred through November 30, 2010, allowable under the terms of 11 U.S.C. § 503(b)(1)(A) in the total amount of $29,471.02 summarized as follows:

| Provider | Amount |
|---|---|
| Smith Gardner Slusky Law | $1,956.31 |
| Gross & Welch, P.C., L.L.O. | 3,750.28 |
| E&A Consulting Group | 2,597.05 |
| Omaha Public Power District | 1,491.23 |
| Gene Lilly Surety Bonds, Inc. | 340.00 |
| Omaha Public Power District | 1,491.23 |
| Great Plains One-Call Services, Inc. | 35.20 |
| Commercial Seeding Contractors | 110.00 |

| | |
|---|---|
| Smith Gardner Slusky Law | 2,208.26 |
| Gross & Welch, P.C., L.L.O. | 10,709.92 |
| Smith Gardner Slusky Law | 1,809.62 |
| E&A Consulting Group, Inc. | 1,480.69 |
| Omaha Public Power District | 1,491.23 |
| TOTAL | $29,471.02 |

Therefore, Sanitary and Improvement District #507 of Douglas County, Nebraska, asks this Court to allow as administrative expenses in these proceedings and authorize payment in the total amount of $29,471.02 as set forth above.

DATED this 3rd day of December 2010.

SANITARY AND IMPROVEMENT DISTRICT
#507 OF DOUGLAS COUNTY, NEBRASKA,

By_____
William L. Biggs, #10317
GROSS & WELCH, P.C., L.L.O.
2120 South 72nd Street, Suite 1500
Omaha, NE  68124
(402) 392-1500
(402) 392-8101 (fax)
bbiggs@grosswelch.com

## NOTICE SETTING OBJECTION/RESISTANCE DEADLINE
## ON APPLICATION FOR PAYMENT OF
## ADMINISTRATIVE EXPENSES

Please take notice that the Debtor has filed its "Application for Payment of Administrative Expenses."

Any resistance to the above pleading or request for hearing must be filed with the Clerk of the Bankruptcy Court and a copy served on the movant on or before **December 24, 2010.**

Neb. R. Bankr. P. 9013-1 applies to this proceeding.

If the resistance period expires without the filing of any resistance or request for hearing, the Court will consider the Plan without further notice or a hearing.

If a timely resistance or request for hearing is filed and served, the Clerk shall schedule a hearing upon not less than fourteen (14) days notice.

All resistances to the Plan shall set forth the specific factual and legal basis and conclude with a particular request for relief.

DATED: December 3, 2010.

By _____

WILLIAM L. BIGGS #10317
GROSS & WELCH

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2010 I caused filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that on the same date I mailed by United States Postal Service, postage prepaid, the Application, less exhibits, to all parties listed on the Debtor's mailing matrix, attached hereto as Exhibit "B". The exhibits may be obtained upon request from the undersigned counsel at no cost.

_____
Cheri M. Snyder

7832-4/#690383



**Smith Gardner Slusky** Law

8712 West Dodge Road ■ Suite 400 ■ Omaha, Nebraska 68114-3431
402.392.0101 ■ Fax 402.392.1011 ■ www.smithgardnerslusky.com

**Statement for Legal Services Rendered**
September 30, 2010

EIN: 20-2026451

Patrick G. Day
Chairman of Board of Trustees
Of SID 507 of Douglas County, Nebraska
Dial Companies
11506 Nicholas Street, Suite 100
Omaha, NE 68154

Invoice No. 093010

Regarding: Sanitary and Improvement District No. 507 of Douglas County, Nebraska
7832-2 (General Fund)

For services through September 30, 2010
By Gross & Welch (detail attached)

| | | |
|---|---|---|
| Fees | $1,785.00 |
| Expenses | $ 171.31 |

Total Current Fees and Expenses                    $1,956.31

For services through September 30, 2010
By Smith Gardner Slusky, LLP

| | | |
|---|---|---|
| Fees | $ 0.00 |
| Expenses | $ 0.00 |

Total Current Expenses                                $ 0.00

Smith ■ Gardner ■ Slusky ■ Lazer ■ Pohren ■ Rogers    LL

**EXHIBIT**

4

**Gross & Welch, P.C., L.L.O.**

| | |
|---|---|
| Smith, Gardner, Slusky, Lazer, | October 5, 2010 |
| Re: Sid 507 Of Douglas County, Nebraska Fall | Invoice  139271 |
| File Number 7632-000002 - JLL | Page 2 |

### Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/10 | JLL | Attendance at Trustees meeting on September 1, 2010. | 1.30 | 221.00 |
| 09/03/10 | JLL | Receipt and review of invoice form Great Plains One-Call Services, Inc. | 0.10 | 17.00 |
| 09/07/10 | JLL | Receipt and review of OPPD invoice. Prepare warrant and send to Mike Kahre for signature. | 0.20 | 34.00 |
| 09/07/10 | JLL | Various e-mails to Mike Kahre regarding upcoming trustees meeting. | 0.20 | 34.00 |
| 09/07/10 | JLL | Prepare Notice, faxes to Daily Record and Buster Brown,  and clerk certificates. | 0.40 | 68.00 |
| 09/07/10 | JLL. | Telephone conference with Mike Kahre Re: trustees meeting on September 17, 2010. | 0.20 | 34.00 |
| 09/07/10 | JLL | Preparation of Agenda for Trustees meeting on September 17, 2010. | 0.20 | 34.00 |
| 09/09/10 | JLL | Correspondence to Mike Kahre enclosing copy of minutes. | 0.10 | 17.00 |
| 09/09/10 | JLL | E-mail to trustees regarding up coming meeting. | 0.10 | 17.00 |
| 09/09/10 | JLL | Finalize letters to State Auditor and County Clerk. | 0.30 | 51.00 |
| 09/10/10 | JLL | Receipt and review letter from Douglas County Engineer's office regarding snow removal. | 0.10 | 17.00 |
| 09/10/10 | JLL | E-mail to Trustees Re: letter from Douglas County Engineer Re: snow removal. | 0.10 | 17.00 |
| 09/14/10 | JLL | Correspondence to Trustees enclosing invoices to be presented for payment on September 17, 2010. | 0.30 | 51.00 |
| 09/15/10 | JLL | Preparation of draft of minutes of trustees meeting on September 17, 2010. | 0.50 | 85.00 |
| 09/16/10 | JLL | Receipt and review of e-mail from Goracke Ritterbush dated September 16, 2010. | 0.20 | 34.00 |
| 09/17/10 | JAS | Travel to and from Dial Realty to attend SID meeting. | 1.20 | 204.00 |
| 09/20/10 | JLL | Receipt and review of letter from Goracke, Ritterbush & Piotrowski requesting financial information for audit of records for SID 507. | 0.10 | 17.00 |
| 09/22/10 | JLL | Telephone conference with Paul Piotrowski (3) Re: budget. | 0.80 | 136.00 |
| 09/22/10 | JLL | Conference call with Bill Biggs and Paul Piotrowski Re: budget. | 0.30 | 51.00 |
| 09/22/10 | JLL | Telephone conference with John Kuehl (2) Re: budget. | 0.70 | 119.00 |
| 09/23/10 | JLL | Receipt and review of various revised budget documents and email from Paul Piotrowski dated September 22, 2010. | 0.60 | 102.00 |
| 09/23/10 | JLL | Telephone conference with Paul Piotrowski Re: budget documents. | 0.30 | 51.00 |
| 09/23/10 | JLL | Telephone conference with John Kuehl Re: budget matters. | 0.30 | 51.00 |
| 09/23/10 | JLL | Review original budget documents as filed with County Clerk and State Auditor. | 0.30 | 51.00 |
| 09/27/10 | JLL | Conference with Bill Biggs Re: financial matters. | 0.20 | 34.00 |
| 09/28/10 | JLL | Telephone conference with John Kuehl Re: District budget. | 0.30 | 51.00 |
| 09/29/10 | JLL | Receipt and review of invoice from E & A Consulting Group, Inc. | 0.10 | 17.00 |
| 09/29/10 | JLL | Telephone conference with Paul Piotrowski Re: budget. | 0.40 | 68.00 |
| 09/29/10 | JLL | Telephone conference with John Kuehl Re: budget matter. | 0.30 | 51.00 |

Attorney-Client Privileged Communication

### Gross & Welch, P.C., L.L.O.

| Smith, Gardner, Slusky, Lazer, | October 5, 2010 |
|---|---|
| Re: Sid 507 Of Douglas County, Nebraska Fall | Invoice 139271 |
| File Number 7832-000002 - JLL | Page 3 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/10 | JLL | Receipt and review of revised budget documents from Paul Piotrowski. | 0.30 | 51.00 |
| | | **Total Fees** | **10.50** | **1,785.00** |

**Fee Recap**

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Joseph L. Leahy Jr. | Director | 9.30 | 170.00 | 1,581.00 |
| John A. Svoboda | Shareholder | 1.20 | 170.00 | 204.00 |
| | **Total Fees** | **10.50** | | **1,785.00** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| | Photocopy | 44.10 |
| | Postage | 19.01 |
| | Messenger Service | 80.00 |
| 09/13/10 | Legal Notice;Publication;Daily Record | 28.20 |
| | **Total Disbursements** | **171.31** |

9008

Attorney-Client Privileged Communication



1500 Omaha Tower
2120 South 72nd Street
Omaha, Nebraska 68124
(402) 392-1500
(866) 503-9304
www.grosswelch.com

SID 507
c/o Michael J. Kahre
11506 Nicholas Street, Suite 100
Omaha, NE 68154

# INVOICE

**October 15, 2010**
**Invoice 139728**

Regarding:    SID 507 Financing & Chapter 9 Bankruptcy
File Number:  7832-000004
Contact:      Biggs, William L.

## For Services Rendered Through  October 15, 2010

| | |
|---|---|
| Previous Balance | 7,829.21 |
| Payments | -7,829.21 |
| Balance Forward | 0.00 |
| Current Disbursements | 3,750.28 |
| Total Current Charges | 3,750.28 |
| Less Retainer/Adv. Fee Deposit Applied | -0.00 |
| Total Due | 3,750.28 |

| Aged Accounts Receivable | | | | |
|---|---|---|---|---|
| **0-30** | **31-60** | **61-90** | **91+** | **Total Due** |
| Totals | 3,750.28 | 0.00 | 0.00 | 0.00 | 3,750.28 |

**Attorney-Client Privileged Communication**

## Gross & Welch, P.C., L.L.O.

| | |
|---|---|
| SID 507 | October 15, 2010 |
| Re: SID 507 Financing & Chapter 9 Bankruptcy | Invoice 139728 |
| File Number 7832-000004 - WLB | Page 2 |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 10/13/10 | Legal Notice;Omaha World Herald | 3,495.24 |
| 10/15/10 | Legal Notice;Lincoln Journal Star - Legal Notice SID 507; 10/7/2010;Visa Card Center | 255.04 |
| | **Total Disbursements** | **3,750.28** |
| | **Total Fees & Disbursements** | **3,750.28** |
| | Total Current Charges | 3,750.28 |
| | Total Amount Due | 3,750.28 |

9008

**E&A Consulting Group, Inc.**
**330 North 117th Street**
**Omaha, NE 68154**
**402-895-4700**

Douglas County SID #507                    September 27, 2010
c/o Mr. Joe Leahy, Attorney                Project No:    P2003.057.000
2120 S. 72nd St., Suite 1500               Invoice No:    112940
Omaha, NE 68124

Project        P2003.057.000      Falling Waters--NW Corner of 192nd & Harrison--District Maintenance

**Professional Services from August 9, 2010 to September 12, 2010**

| Phase | 001 | District Maintenance |
|-------|-----|----------------------|

| Task | 130 | Culverts |
|------|-----|----------|

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|--|-------|------|--------|--|
| Erosion Control Specialist I | 1.25 | 60.00 | 75.00 |  |
| Totals | 1.25 |  | 75.00 |  |
| **Total Labor** |  |  |  | **75.00** |

| | **Total this Task** | **$75.00** |
|--|--------------------|------------|

| Task | 135 | Digger's Hotline |
|------|-----|------------------|

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|--|-------|------|--------|--|
| Eng. Technician IV | .25 | 75.00 | 18.75 |  |
| Totals | .25 |  | 18.75 |  |
| **Total Labor** |  |  |  | **18.75** |

| | **Total this Task** | **$18.75** |
|--|--------------------|------------|

| Task | 440 | Repairs/Maintenance |
|------|-----|---------------------|

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|--|-------|------|--------|--|
| Engineer VIII | 2.25 | 125.00 | 281.25 |  |
| Totals | 2.25 |  | 281.25 |  |
| **Total Labor** |  |  |  | **281.25** |

| | **Total this Task** | **$281.25** |
|--|--------------------|-------------|

| | **Total this Phase** | **$375.00** |
|--|---------------------|-------------|

| Project | P2003.057.000 | Falling Waters--NW Corner of 192nd & Harrison--District Maintenance | Invoice 112940 |

| Phase | 002 | Erosion & Sediment Control Inspecting/Reporting |

| Task | 196 | Erosion Control |

**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|
| Erosion Control Specialist I | 17.25 | 60.00 | 1,065.00 |
| Erosion Control Specialist III | 1.25 | 84.00 | 105.00 |
| Totals | 18.50 | | 1,170.00 |

| Total Labor | | | | 1,170.00 |

| Total this Task | | | | $1,170.00 |

| Task | 999 | Expenses |

**Reimbursable Expenses**

| Mileage/Per Diem | | 25.63 | |
| Total Reimbursables | | 25.63 | 25.63 |

| Total this Task | | | $25.63 |

| Total this Phase | | | $1,195.63 |

| Total this Invoice | | | $1,570.63 |

Approved:

Thomas Rasmussen

**E&A Consulting Group, Inc.**
330 North 117th Street
Omaha, NE 68154
402-895-4700

Douglas County SID #507
c/o Mr. Joe Leahy, Attorney
2120 S. 72nd St., Suite 1500
Omaha, NE 68124

October 19, 2010

Project No:    P2003.057.000
Invoice No:    113111

Project        P2003.057.000        Falling Waters--NW Corner of 192nd & Harrison--District Maintenance

**Professional Services from September 13, 2010 to October 10, 2010**

| Phase | 001 | District Maintenance | | | |
|-------|-----|----------------------|---|---|---|

| Task | 135 | Digger's Hotline | | | |
|------|-----|------------------|---|---|---|

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|------|------|--------|---|
| Eng. Technician IV | .75 | 75.00 | 56.25 | |
| Totals | .75 | | 56.25 | |
| **Total Labor** | | | | 56.25 |
| | | **Total this Phase** | | $56.25 |

| Phase | 002 | Erosion & Sediment Control Inspecting/Reporting | | | |
|-------|-----|-------------------------------------------------|---|---|---|

| Task | 196 | Erosion Control | | | |
|------|-----|-----------------|---|---|---|

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|------|------|--------|---|
| Erosion Control Specialist I | 12.00 | 60.00 | 772.50 | |
| Erosion Control Specialist III | 2.00 | 84.00 | 168.00 | |
| Totals | 14.00 | | 940.50 | |
| **Total Labor** | | | | 940.50 |
| | | **Total this Task** | | $940.50 |

| Task | 999 | Expenses | | |
|------|-----|----------|---|---|

**Reimbursable Expenses**

| | | Amount | |
|---|---|--------|---|
| Mileage/Per Diem | | 29.67 | |
| **Total Reimbursables** | | **29.67** | **29.67** |
| | **Total this Phase** | | $970.17 |
| | **Total this Invoice** | | $1,026.42 |

Approved:    _[signature]_

Thomas Rasmussen

**OPPD**
*Omaha Public Power District*

0929

Page 1    of 3

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 2400827834 | Oct 20, 2010 | $2,982.46 |

Customer Name: SID 507 DOUGLAS CO
Statement Date: September 29, 2010

For bill inquiries call the Omaha Office
(402) 536-4131.  See back for toll-free number.

---

**Billing Information for service address: 19200 Y ST,STLT, OMAHA NE**

Billing Period From   8-30-2010 To   9-29-2010 @ 30 Days

| Rate | Summary Usage | | | Rate | Summary Usage | | |
|---|---|---|---|---|---|---|---|
| | Current Amount | Fuel and Purchased Power Adjustment | Subtotal Amount per Rate | | Current Amount | Fuel and Purchased Power Adjustment | Subtotal Amount per Rate |
| SL61 | $1,413.49 | 0.00 | 1,491.23 | | | | |

Sales Tax                                                77.74
Total Charges                                     $1,491.23
Previous Balance                                   1,491.23
Total Amount Due                                  $2,982.46

The unpaid balance is past due.  If the balance has already
been paid, please disregard. Thank you.

---

Please return this portion with payment

**Trees planted in the right spot can help control heating and cooling bills. Before planting, or any digging project,
call Digger's Hotline to have underground utilities located. See oppd.com for more information.**

Statement Date: September 29, 2010

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 2400827834 | Oct 20, 2010 | $2,982.46 |

**Amount Paid**  ☐☐,☐☐☐.☐☐

**Energy Assistance Fund** $1☐  $2☐  $5☐  Other $_____

A current phone number on our record simplifies outage reporting.  Your
service address is identified by the phone number:

☐ **Check Here** *to indicate name, address or phone
changes on back of this statement*

ˡₗˡˡ·ₗˡˡˡˡˡₗˡₗᵈˡₗˡ·ˡˡᵈˡₗˡₗ·ˡ·ˡˡₗˡᵈˡₗˡˡˡˡₗˡˡ·ₗˡ
SID 507  DOUGLAS CO
%JOSEPH L LEAHY, JR.
2120 S 72ND ST STE 1500
OMAHA NE  68124-6316

**PO BOX 3995
OMAHA NE 68103-0995**



01340082234400000029424600000029424620101010207



**Omaha Public Power District**

15187

0929

Page 3     of 3

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 2400827834 | Oct 20, 2010 | $2,982.46 |

Customer Name: SID 507 DOUGLAS CO
Statement Date: September 29, 2010

**Billing Information for service address:  19200 Y ST,STLT, OMAHA NE**

**Billing Period** From  **8-30-2010** To  **9-29-2010** @ 30 Days

| Rate | Method No. | Number of Lamps | Price per Lamp | Usage | | | |
|---|---|---|---|---|---|---|---|
| | | | | Current Amount | Fuel and Purchased Power Adjustment | Total Usage Amount | Sub-Total Amount per Rate |
| SL61 | 61211 | 83 | $17.03 | 1,413.49 | | | |
| SL61 | | | | | 0.00 | 1,413.49 | $1,491.23 |

**Gene Lilly Surety Bonds, Inc.**
**3440 O Street**
**P.O. Box 30553**
**Lincoln, NE  68503**
Voice:    402 475-7700
Fax:       402 475-5043



# Invoice

Invoice Number:
34341

Invoice Date:
11/1/10

Page:     1

Duplicate

Sold To:
SID NO. 507 DOUGLAS CO.
JOSEPH LEAHY
2120 SO. 72ND ST, #1500
OMAHA, NE  68124

Customer ID:SID 507                    Due Date     11/30/10

| | Description | Premium |
|---|---|---|
| Owner:  **SID 507** | STEVE CACIOPPO, CHAIRMAN, SID 507 DOUGLAS COUNTY, 11/1/10 - 11/1/12 | 170.00 |
| Bond No.: | | |

**TOTAL DUE**            170.00

# Invoice

**Gene Lilly Surety Bonds, Inc.**
**3440 O Street**
**P.O. Box 30553**
**Lincoln, NE  68503**
Voice:    402-475-7700
Fax:      402-475-5043



Invoice Number:
34164

Invoice Date:
11/1/10

Page:      1

Duplicate

Sold To:
SID NO. 507 DOUGLAS CO.
JOSEPH LEAHY
2120 SO. 72ND ST, #1500
OMAHA,, NE  68124

Customer ID:SID 507

Due Date    11/30/10

Owner:   **CLERK SID 507**

Bond
No.:

| Description | Premium |
|---|---|
| SHAUN HORAK, CLERK SID 507, BOND RENEWAL 11/1/10 - 11/1/12. | 170.00 |

**TOTAL DUE**          170.00

15386

1028

**OPPD**
*Omaha Public Power District*

Page 1    of 3

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 2400827834 | Nov 18, 2010 | $2,982.46 |

Customer Name: SID 507 DOUGLAS CO
Statement Date: October 28, 2010

For bill inquiries call the Omaha Office
(402) 536-4131. See back for toll-free number.

---

**Billing Information for service address: 19200 Y ST,STLT, OMAHA NE**

Billing Period From   **9-29-2010 To  10-28-2010 @ 29 Days**

| Rate | Summary Usage | | | Rate | Summary Usage | | |
|---|---|---|---|---|---|---|---|
| | Current Amount | Fuel and Purchased Power Adjustment | Subtotal Amount per Rate | | Current Amount | Fuel and Purchased Power Adjustment | Subtotal Amount per Rate |
| SL61 | $1,413.49 | 0.00 | 1,491.23 | | | | |

Sales Tax                                                                77.74

Total Charges                                                      $1,491.23
Previous Balance                                                  2,982.46
Payments Received: 09/30/10                                1,491.23CR

Total Amount Due                                                 $2,982.46

The unpaid balance is past due.  If the balance has already
been paid, please disregard. Thank you.

---

Please return this portion with payment

1

Switch to a paperless OPPD bill to save paper resources, postage and more. See the back of Outlets for instructions,
or visit oppd.com and click on the MyAccount login button, located top right.

Statement Date: October 28, 2010

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 2400827834 | Nov 18, 2010 | $2,982.46 |

Amount Paid  ☐ ☐ , ☐ ☐ ☐ . ☐ ☐

Energy Assistance Fund $1 ☐  $2 ☐  $5 ☐  Other $_____

A current phone number on our record simplifies outage reporting.  Your
service address is identified by the phone number:

☐ **Check Here** *to indicate name, address or phone
changes on back of this statement*

SID 507 DOUGLAS CO
%JOSEPH L LEAHY, JR.
2120 S 72ND ST STE 1500
OMAHA NE  68124-6316

**PO BOX 3995
OMAHA NE 68103-0995**





Return address (NOT remittance address):
**Great Plains One-Call Services Inc.**
4141 N 156 St
Omaha, NE  68116



Statewide
**1-800-331-5666**
Metro Omaha
**344-3565**
www.ne-diggers.com   Nationwide Dial 811

BILL TO:

**SID 507 FALLING WATERS**

JOSEPH L LEAHY JR

**2120 S 72ND ST**
**SUITE 1500**
**OMAHA**          NE   68124

| | |
|---|---|
| **INVOICE DATE:** | **11/1/2010** |
| FOR MONTH BEGINNING: | 10/1/2010 |
| **INVOICE#:** | 1010SD507 |
| PO#: | |

(Fold line)

| | Ticket Type | Quantity | Amount | Total |
|---|---|---|---|---|
| **SID507** | | | | |
| | Locate Request | 13 | $1.72 | $22.36 |
| 19 | Locate Request | -1 | $1.72 | ($1.72) |
| | **Terminal Total** | 12 | | $20.64 |

| | | |
|---|---|---|
| **Member Billing Subtotal:** | 12 | $20.64 |
| Nebraska One Call Board Surcharge (.04 per ticket): | | $0.48 |
| **Total Current Invoice Amount:** | | **$21.12** |
| Previous Balance: | | $14.08 |
| **TOTAL BALANCE DUE:** | | **$35.20** |

Any balance due less than $25.00 may be paid quarterly.  Quarter ends last day of March, June, September, and December.

| Terms: Net 30 days | Over 30 Day | Over 60 Day | Over 90 Day | Over 120 Day |
|---|---|---|---|---|
| | $8.80 | $5.28 | $0.00 | $0.00 |

**Please note:  WE HAVE MOVED!  Our new address, effect April 15, 2010, is indicated in the return address above.

For billing questions please contact:  JILL GEYER  Email: jill.geyer@cusinc.com  Phone: 402-738 2170

---

| | |
|---|---|
| Make checks payable to: | **Great Plains One Call Services, Inc.** |
| **IMPORTANT** SEND ALL PAYMENTS TO: | **P.O. Box 102721 Atlanta GA  30368-2721** |

**From:** SID 507 FALLING WATERS                Invoice Number _____

**Invoice:** 1010SD507     **Amount due:**     $35.20   Amount Enclosed _____
**Code:** SD507

**Please return this portion of the bill with your remittance to the address indicated in this box..  Thank You.**

# COMMERCIAL SEEDING CONTRACTORS

P.O. Box 687
ELKHORN, NE 68022-0687

**Tel (402) 573-0081**
**Fax (402) 573-0082**

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 10/29/2010 | 9975 |

NOV 0 2 2010

BILL TO:

Attn: Zach Jilek
SID 507, Falling Waters
c/o E&A Consulting Group
330 North 117th Street
Omaha, NE  68154

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
|  |  | SID 507, Falling Wa... |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2 | Laborers (Hours) to pick up garbage piles as shown on plan | 30.00 | 60.00 |
| 1 | Dump fees | 50.00 | 50.00 |

Approved by E & A Consulting Group, Inc.
Date: _11-8-10_
Initials: _PP_
SID No. _507 (Leary)_
Project No. _203.057.000_

| TOTAL | $110.00 |
|-------|---------|

PRODUCT 13054G    USE WITH 9308C ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    A



8712 West Dodge Road ■ Suite 400 ■ Omaha, Nebraska 68114-3431
402.392.0101 ■ Fax 402.392.1011 ■ www.smithgardnerslusky.com

**Statement for Legal Services Rendered**
October 31, 2010

**EIN: 20-2026451**

Patrick G. Day
Chairman of Board of Trustees
Of SID 507 of Douglas County, Nebraska
Dial Companies
11506 Nicholas Street, Suite 100
Omaha, NE 68154                              Invoice No. 103110

Regarding:  Sanitary and Improvement District No. 507 of Douglas County, Nebraska
            7832-2 (General Fund)

For services through October 31, 2010
By Gross & Welch (detail attached)          Fees        $2,057.00
                                            Expenses    $ 151.26
Total Current Fees and Expenses                         $2,208.26

For services through October 31, 2010
By Smith Gardner Slusky, LLP                Fees        $    0.00
                                            Expenses    $    0.00
Total Current Expenses                                  $    0.00

Smith ▪ Gardner ▪ Slusky ▪ Lazer ▪ Pohren ▪ Rogers   LLP

## Gross & Welch, P.C., L.L.O.

| | |
|---|---|
| Smith, Gardner, Slusky, Lazer, | November 3, 2010 |
| Re: Sld 607 Of Douglas County, Nebraska Fall | Invoice 140084 |
| File Number 7832-000002 - JLL | Page 2 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/04/10 | JLL | Receipt and review of OPPD invoice. Prepare warrant and send to Mike Kahre for signature. | 0.30 | 51.00 |
| 10/05/10 | JLL | Receipt and review of invoice from Gene Lilly Surety Bonds relating to clerk bond renewal. | 0.10 | 17.00 |
| 10/05/10 | JLL | Receipt and review of invoice from Great Plains One-Call Services, Inc. | 0.10 | 17.00 |
| 10/05/10 | JLL | Receipt and review of e-mail from Holmes Murphy dated August 5, 2010. | 0.10 | 17.00 |
| 10/05/10 | JLL | E-mail response to Holmes Murphy Re: Federal ID Number. | 0.10 | 17.00 |
| 10/06/10 | JLL | Receipt and review of election results from Douglas County Election Commissioner. | 0.20 | 34.00 |
| 10/06/10 | JLL | Telephone conference with John Kuehl Re: trustees election. | 0.30 | 51.00 |
| 10/06/10 | JLL | Conference with Bill Biggs and John Kuehl. | 0.50 | 85.00 |
| 10/07/10 | JLL | Letter to Steve Cacioppo Re: election of trustees. | 0.20 | 34.00 |
| 10/07/10 | JLL | Letter to Shaun Horak Re: election of trustees. | 0.20 | 34.00 |
| 10/07/10 | JLL | Letter to Mike Homa Re: election of trustees. | 0.20 | 34.00 |
| 10/07/10 | JLL | Letter to Paul Lamoureux Re: election of trustees. | 0.20 | 34.00 |
| 10/07/10 | JLL | Letter to Tim Alexander Re: election of trustees. | 0.20 | 34.00 |
| 10/07/10 | JLL | Telephone conference with Gene Lilly Surety Bonds Inc Re: bonds of Chairman and Clerk. | 0.30 | 51.00 |
| 10/07/10 | JLL | E-mail to Jon Goldenstein regarding principal indebtedness information. | 0.10 | 17.00 |
| 10/08/10 | JLL | Receipt and review of Clerk and Chairman Bond Application Forms for CNA Surety along with e-mail relating thereto. | 0.40 | 68.00 |
| 10/11/10 | JLL | Telephone conference with Paul Lamoureux Re: trustees meeting. | 0.30 | 51.00 |
| 10/11/10 | JLL | Preparation of master list of trustees names and addresses. | 0.30 | 51.00 |
| 10/12/10 | JLL | Telephone conference with Steve Cacioppo Re: trustees meeting. | 0.30 | 51.00 |
| 10/12/10 | JLL | Telephone conference with Shaun Horak Re: trustees meeting. | 0.20 | 34.00 |
| 10/12/10 | JLL | E-mail to trustees Re: trustees meeting on October 22, 2010. | 0.20 | 34.00 |
| 10/12/10 | JLL | Preparation of Agenda for trustees meeting on October 22, 2010. | 0.30 | 51.00 |
| 10/12/10 | JLL | Telephone conference with John Kuehl. | 0.10 | 17.00 |
| 10/12/10 | JLL | Receipt and review of e-mails from Tim Alexander. | 0.20 | 34.00 |
| 10/12/10 | JLL | E-mail to Tim Alexander Re: trustees meeting on October 22, 2010. | 0.10 | 17.00 |
| 10/12/10 | JLL | Telephone conference with Tim Alexander Re: trustees meeting on October 22, 2010. | 0.10 | 17.00 |
| 10/12/10 | JLL | Preparation for trustees meeting on October 22, 2010. | 0.70 | 119.00 |
| 10/14/10 | JLL | Telephone conference with John Kuehl Re: trustees meeting on October 22, 2010. | 0.20 | 34.00 |
| 10/18/10 | JLL | Receipt and review of publication notice. | 0.10 | 17.00 |

**Gross & Welch, P.C., L.L.O.**

| Smith, Gardner, Slusky, Lazer, | | | | November 3, 2010 |
| Re: Sid 507 Of Douglas County, Nebraska Fall | | | | Invoice  140084 |
| File Number 7632-000002 - JLL | | | | Page 3 |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/20/10 | JLL | Preparation for trustees meeting on October 22, 2010. | 0.40 | 68.00 |
| 10/21/10 | JLL | Receipt and review of invoice from E & A Consulting Group, Inc. | 0.10 | 17.00 |
| 10/22/10 | JLL | Attendance at Trustees meeting on October 22, 2010, at Mutual of Omaha Bank. | 2.50 | 425.00 |
| 10/26/10 | JLL | Finalize Clerk Certificate for filing with Register of Deeds office. | 0.20 | 34.00 |
| 10/26/10 | JLL | Telephone conference with surety company Re: bonds of Chairman and Clerk. | 0.30 | 51.00 |
| 10/26/10 | JLL | Telephone conference with Steve Cacioppo Re: District matters. | 0.30 | 51.00 |
| 10/26/10 | JLL | Finalize minutes of trustees meeting on October 22, 2010. | 0.80 | 136.00 |
| 10/26/10 | JLL | Issue warrant to Gene Lilly Surety Company. | 0.20 | 34.00 |
| 10/27/10 | JLL | Correspondence to Steve Cacioppo enclosing minutes and various other documents for signature. | 0.30 | 51.00 |
| 10/27/10 | JLL | Telephone conference with John Kuehl Re:  snow removal matters. | 0.10 | 17.00 |
| 10/27/10 | JLL | Telephone conference with Steve Cacioppo Re: snow removal matters. | 0.20 | 34.00 |
| 10/29/10 | JLL | Receipt and review of letter from Election Commissioner enclosing invoice for cost of election. | 0.10 | 17.00 |
| | | **Total Fees** | **12.10** | **2,057.00** |

| | | | Hours | Rate/Hour | Amount |
|---|---|---|-------|-----------|--------|
| Joseph L. Leahy Jr. | | Director | 12.10 | 170.00 | 2,057.00 |
| | | **Total Fees** | **12.10** | | **2,057.00** |

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 44.55 |
| | Postage | 4.40 |
| | Long Distance Telephone | 0.24 |
| 10/18/10 | Legal Notice;Publication;Daily Record | 30.00 |
| 10/29/10 | General;Election costs;Douglas County Election Commission | 72.07 |
| | **Total Disbursements** | **151.26** |
| | **Total Fees & Disbursements** | **2,208.26** |

9006



**Gross & Welch** PC, L.L.O.
Attorneys at Law • Est. 1927

1500 Omaha Tower
2120 South 72nd Street
Omaha, Nebraska 68124
(402) 392-1500
(866) 503-9304
www.grosswelch.com

Steve Cacioppo
Chairman of Board of Trustees
Of SID 507 of Douglas County, Nebraska
6313 S. 197th Circle
Omaha, NE 68135

# INVOICE

**November 29, 2010**
**Invoice 140525**

Regarding:    SID 507 Financing & Chapter 9 Bankruptcy
File Number:   7832-000004
Contact:       Biggs, William L.

## For Services Rendered Through  November 29, 2010

| | | |
|---|---|---|
| Previous Balance | 3,750.28 | |
| Payments | -3,750.28 | |
| Balance Forward | | 0.00 |
| Current Fees | 9,202.00 | |
| Current Disbursements | 1,507.92 | |
| Total Current Charges | | 10,709.92 |
| Less Retainer/Adv. Fee Deposit Applied | -0.00 | |
| **Total Due** | | **10,709.92** |

| | Aged Accounts Receivable | | | | |
|---|---|---|---|---|---|
| | **0-30** | **31-60** | **61-90** | **91+** | **Total Due** |
| **Totals** | 10,709.92 | 0.00 | 0.00 | 0.00 | 10,709.92 |

## Gross & Welch, P.C., L.L.O.

| | |
|---|---|
| Steve Cacioppo | November 29, 2010 |
| Re: SID 507 Financing & Chapter 9 Bankruptcy | Invoice 140525 |
| File Number 7832-000004 - WLB | Page 2 |

### Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/02/10 | WLB | Call from Joe Leahy and confer with Joe and discuss the plan, the filing of the same, and the timing of the plan in 507. | 0.30 | 67.50 |
| 09/04/10 | WLB | Receive and review five ballots all voting in favor of accepting the Plan; calendar for follow up with CMS and with John Kuehl on Tuesday. | 0.40 | 90.00 |
| 09/13/10 | WLB | Review a summary of the ballots returned in District 507 in support of the Plan as proposed and forward a copy of the information to Marla Erixon and John Kuehl. | 0.50 | 112.50 |
| 09/14/10 | WLB | Call with CMS for Marla and confer re 507 ballots, the need for additional information, and agree re handling going forward. | 0.30 | 67.50 |
| 09/15/10 | WLB | Receive and review an email from Jerry Connot at Edward Jones re a claim to be filed by one of his customers and assistance needed to complete the claim (0.2); receive and review an email from John Kuehl indicating that their office would call those who had not responded and would urge them to forward the ballots to be completed and filed (0.2); draft and send a letter to Marla re Jerry Connot and inquire as to whether they wanted to pursue the contact or leave it to our firm (0.3). | 0.70 | 157.50 |
| 09/16/10 | WLB | Call for and confer with Jerry Connot regarding the preparation and filing of the ballot and determination of the warrant numbers for his information and use (0.4); receive and review an email from John Kuehl re call needed to Connot (0.1); receive and review note from Roxann re meeting on Friday re approval of our fees (0.1); call for and confer with Roxann to make sure that the meeting of the board of 507 was covered (0.2); call for Marla and confer with John Kuehl and discuss the information needed on the client represented by Connot (0.2); additional call from John and take down the information needed to provide to Connot for the ballot to be filed (0.2). | 1.20 | 270.00 |
| 09/20/10 | WLB | Draft and send a letter to John Kuehl and update John on the ballots received and the summary (0.3); draft and send follow up letter to Connot, a broker in Lincoln (0.2); receive and review email from John Kuehl on the ballots (0.1); call for John and confer with Marla re Connot and the claim filed (0.1); receive and review an email from Marla re claim filed (0.1); confer with Marla re her efforts on two large claims (0.3); voice mail from Joe Leahy (0.1); voice mail from Lou Rich and calendar for follow up with Lou re receipt of the ballots (0.1); receive and review an email from Marla indicating she had sent a new ballot to one of the large creditors (0.1). | 1.40 | 315.00 |
| 09/21/10 | WLB | Call for and confer with Dave Nelson and ask him to check on the voting requirements in a Chapter 9, 11 and 12 (0.3); draft and send a letter to John Kuehl re progress on voting (0.3); confer with Dave Nelson re the results of the research (0.3); confer with Joe Leahy re 507, the progress on voting, the change | 1.60 | 360.00 |

## Gross & Welch, P.C., L.L.O.

| | |
|---|---|
| Steve Cacioppo | November 29, 2010 |
| Re: SID 507 Financing & Chapter 9 Bankruptcy | Invoice 140525 |
| File Number 7832-000004 - WLB | Page 3 |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | in the board leadership, and so forth (0.3); call for and confer with CMS and ask her to call Lou Rich and report on receipt of the ballots on the claims he has (0.2); confer with CMS re discussion with Marla and Kuehl who indicated he was still chasing 4-5 claims (0.1); receive and review an email from Marla re a few remaining ballots (0.1). | | |
| 09/22/10 | WLB | Receive and review an email from Joe Leahy requesting that a call be placed to Paul Piotrowski in connection with District 507 and issues involving the budget (0.1); call for and confer with Joe and together call for and discuss the entire matter with Paul (0.5); call for and confer with John Kuehl and set up a meeting for his office to confer with Piotrowski (0.3); meet with John Kuehl, call for Paul Piotrowski and after lengthy discussion, reach an agreement concerning the handling of the budget to make it acceptable to the county and the individuals reviewing the budget; discuss the voting arrangements (1.0). | 1.90 | 427.50 |
| 09/23/10 | WLB | Draft and send a letter to Jerry Banks requesting that he forward to our office a copy of the ballots for Lozier's claim in 507 (0.3); receive and review a response from Jerry Banks with a copy of the signed claim (0.1); draft and send a letter to Marla with the claims of Banks and Greenburg and advise re same (0.4); call for and confer with John Kuehl re ballots and handling of the same and the information needed (0.3) confer with CMS re balloting and the ballot report to be filed with the Court (0.2); receive and review an email from Marla with a copy of the information needed (0.2). | 1.50 | 337.50 |
| 09/23/10 | WLB | Follow up call to Joe Leahy re the balloting and the numbers needed; discuss the filing of the plan on Monday and the need to put together the supporting documents today and tomorrow to be able to have the filing accomplished on Monday (0.3); call for and confer with John Kuehl in connection with the amendment filed by Piotrowski to the budget documents and follow up with John (0.3). | 0.60 | 135.00 |
| 09/24/10 | WLB | Confer at length with Mark LaPuzza re the process of filing the Chapter 9 proceeding for District 509 and the issues he encountered; make a list of the concerns and discuss a means of circumventing those issues (0.7); work on the petition, the motion to limit notice to the Omaha World Herald and the Lincoln Journal Star; complete the jurisdictional affidavit under 109(c); work on the matrix and the verification of the matrix; complete the list of the twenty largest unsecured creditors; work on the ballot report and amend the ballot report to fit this case and complete Schedule F (4.0); call for John Kuehl and confer with Marla and leave a message (0.1); receive and review note from CMS re contact by Leahy and 507 charges (0.1); receive and review note from CMS with revised copies of the motion and jurisdictional affidavit in 507 and review, revise and finalize the same (0.5). | 5.40 | 1,215.00 |
| 09/24/10 | WLB | Consult with CMS re contact needed with Pat Day with a meeting set for | 0.80 | 180.00 |

## Gross & Welch, P.C., L.L.O.

| | | | | |
|---|---|---|---|---|
| Steve Cacioppo | | | | November 29, 2010 |
| Re: SID 507 Financing & Chapter 9 Bankruptcy | | | | Invoice 140525 |
| File Number 7832-000004 - WLB | | | | Page 4 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Monday to sign the documents; suggest noon; receive and review an email re meeting set for noon on Monday (0.3); receive and review a note from CMS re certain revised documents (0.1); receive and review note from CMS with information from Kuehl (0.2); receive and review a note from CMS and a report on the ballots (0.2). | | |
| 09/27/10 | FDS | Interoffice conference with Bill Biggs, Joe Leahy and Chris Tjaden re conflicts issue; Legal research re same; Review conflicts. | 3.00 | 510.00 |
| 09/27/10 | WLB | Work all morning on various aspects of the documents to be filed including finalizing the petition, the motion for a limited notice, the jurisdictional affidavit under 109(c), the matrix, the ballot report and schedules and focus primarily on the ballot report and schedules; finalize everything for filing; meet with CMS and prepare for the meeting with Pat Day (3.0); travel to the Dial Companies and meet with Pat Day and go over all of the documents for filing 507; explain and respond to any questions and have all of the documents signed; return to the office (1.5); confer with CMS, Fritz Stehlik and Joe re possible conflicts check on the creditors and various discussions with CMS, Fritz and Joe re same; receive clearance and proceed late in the day (0.5). | 5.00 | 1,125.00 |
| 09/28/10 | WLB | Consult with CMS re filing of 507 (0.1); receive and review the petition in the Chapter 9 proceeding (0.1); receive and review 20 largest unsecured creditors (0.1); receive and review the matrix and verification of the matrix (0.1); receive and review Schedule F (0.1);receive and review the motion and refiled motion to limit publication in District 507(0.1); receive and review the jurisdictional affidavit under 109(c) (0.1); receive and review the Chapter 9 plan and disclosure statement as filed (0.3); receive and review the summary of ballots as filed and again as refiled in the case (0.1). | 1.10 | 247.50 |
| 09/29/10 | WLB | Call for and confer with Paul Piotrowski and request a call back re the acceptance of the budget by the county and then ultimately by the state (0.3); receive and review certification of designation in the chapter 9 filing in SID'507 (0.1); receive and review email from CMS indicating Joe had called re a media possibility (0.1); call back from Paul Piotrowski and calendar for follow up (0.1). | 0.60 | 135.00 |
| 10/01/10 | WLB | Receive and review the order designating Judge Saladino as the judge for the case (0.1); receive and review the notice adding Judge Saladino to the case (0.1); receive and review notice of commencement of the Chapter 9 proceeding (0.1); receive and review copy of a notice of commencement from Cheri Snyder (0.1); receive and review the certificate of mailing in the case filed by District 507 (0.1). | 0.50 | 112.50 |
| 10/04/10 | WLB | Receive and review the order entered by Judge Saladino on the motion to limit notice and publication only in the Omaha World Herald and Lincoln Journal Star (0.3); consult with CMS and work on the mailing to be sent in District 507 to | 1.00 | 225.00 |

## Gross & Welch, P.C., L.L.O.

| | | |
|---|---|---|
| Steve Cacioppo | | November 29, 2010 |
| Re: SID 507 Financing & Chapter 9 Bankruptcy | | Invoice 140525 |
| File Number 7832-000004 - WLB | | Page 5 |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | comply with the order of the Court; include the notice of commencement, the motion to limit notice, the order entered on the motion to limit notice, the objection deadline of October 14, 2010 as well as the certificate of service and amended certificate (0.7). | | |
| 10/06/10 | WLB | Consult with CMS re price of the ad to be published in the Omaha World Herald and consult re forwarding of the documents to the Lincoln Journal Star (0.4); voice mail from Joe Leahy (0.1); call for and confer with Joe re the handling of 507 and the notices to be published (0.4); receive and review email from Roxann (0.1); receive and review email from Deb re cost of the publication (0.1); receive and review a note from CMS to both Joe and me re the publication and notice in 507 (0.1); receive and review note from CMS to Deb Maxell and consult re 507 publication (0.3). | 1.50 | 337.50 |
| 10/07/10 | WLB | Receive and review a note from CMS re rate per line for the publication in the World Herald (0.1); receive and review a note from CMS indicating to the World Herald that they should go ahead with the publication in the Herald (0.1); consult with CMS re handling of same (0.2); receive and review an email from Joe Leahy with a copy of the letter from Judge Riley appointing a judge to serve as judge in the Chapter 9 filing for District 507 (0.1). | 0.50 | 112.50 |
| 10/12/10 | WLB | Receive and review an email from Joe Leahy providing the date and time for the first meeting of the new board of District 507, October 22 at 1:30 at Mutual of Omaha. | 0.20 | 45.00 |
| 10/13/10 | WLB | Receive and review a note from CMS re statements in the 507 case. | 0.10 | 22.50 |
| 10/18/10 | WLB | Receive and review the order on publication of the notice limiting notice to the Omaha World Herald and the Lincoln Journal Star. | 0.20 | 45.00 |
| 10/19/10 | WLB | Voice mail message from John Kuehl re District 507 (0.1); email from John re meeting on the 26th partially involving 507 and calendar same from 9:00 to 11:00 (0.2). | 0.30 | 67.50 |
| 10/22/10 | WLB | Receive and review an email from Roxann with a list of the new board members elected to the board in District 507 (0.1); put together the packets of information for the meeting to provide the new board members and others with copies of the documents in 507 (0.5); travel to and attend the meeting with the board of district 507; discuss with the board the initial organization and the basis for the filing of the Chapter 9 bankruptcy proceeding for the district; distribute the packet of materials and go through the documents to indicate to the board where the proceeding is at the current time and the confirmation of the plan which should occur in the month of November; return to the office (2.0). | 2.60 | 585.00 |
| 10/26/10 | WLB | Receive and review the proof of publication and file the same with the Court from the Omaha World Herald (0.2); attend and participate in a meeting with John Kuehl, Kurt Kitson and other bankruptcy counsel and discuss SID | 1.00 | 225.00 |

### Gross & Welch, P.C., L.L.O.

| | | | | |
|---|---|---|---|---|
| Steve Cacioppo | | | November 29, 2010 | |
| Re: SID 507 Financing & Chapter 9 Bankruptcy | | | Invoice 140525 | |
| File Number 7832-000004 - WLB | | | Page 6 | |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | generally and issues re 507 in particular and handling of the Plan (0.5); call for and confer with Joe Leahy at length and discuss the fees, the handling of fees, the meeting with John Kuehl and so forth (0.3). | | |
| 10/27/10 | WLB | Call for and confer with Joe Leahy and discuss all aspects of the case, including the timing of obtaining a final decree and payment of the fees and the account from which the payments are to be received (0.5); receive and review email from John Kuehl re a follow up meeting on the legislation discussed at the prior meeting of the industry, the meeting set for November 17 at 9:00 a.m. (0.1). | 0.60 | 135.00 |
| 10/27/10 | JLL | Telephone conference with John Kuehl Re: bankruptcy matters. | 0.30 | 51.00 |
| 10/28/10 | WLB | Consult with Joe and with CMS re providing a packet of documents to Joe re the material supplied to the new board in District 507. | 0.20 | 45.00 |
| 10/29/10 | WLB | Receive and review the filed affidavit for the publication in the Lincoln Journal Star. | 0.10 | 22.50 |
| 11/02/10 | WLB | Consult with CMS and with Joe Leahy re billing of 507 following entry of the order of confirmation; voice mails (2) from Leahy and calendar for follow up. | 0.20 | 45.00 |
| 11/16/10 | JLL | Telephone conference with John Kuehl Re: Plan of Adjustment and matters relating thereto. | 0.30 | 51.00 |
| 11/16/10 | WLB | Receive and review an email from John Kuehl re the plan in 507, the transfer of funds and confirmation. | 0.10 | 22.50 |
| 11/17/10 | WLB | Call for Laurie Fitzgerald and leave a message and request a call back on Monday and a discussion concerning an order of confirmation of the plan in 507 (0.2); call for and confer at length with Mark LaPuzza re administrative claims and the payment of fees; advise Mark and calendar for follow up with Joe (0.4); work on the order in 507 (0.3); forward the plan, disclosure statement and sample order used in 509 to Chuck Addy and request his input and advice concerning the preparation of the documents (0.5); call for and confer with Mark LaPuzza re orders in 509 (0.4). | 1.80 | 405.00 |
| 11/18/10 | WLB | Call for and confer at length with Chuck Addy and discuss the transfer of funds, the order in 507 confirming the plan, a second order needed to authorize the issuance of the certificates (0.5); make changes in the draft of the 507 order (0.5); call for and leave a message for Laurie Fitzgerald re preparation of the order and delivery of the same on Monday (0.1); call for Mark LaPuzza and discuss payment of fees in 507 and handling of the same in 509 (0.5); call for John Kuehl and confer re the fees, the order and so forth (0.3); receive and review an email from CMS re the order (0.1). | 2.00 | 450.00 |
| 11/19/10 | JLL | Conference with Bill Biggs Re: Chapter 9 Plan of Adjustment. | 0.50 | 85.00 |
| 11/19/10 | WLB | Receive and review email from Joe Leahy with an amended agenda for the meeting of the board of 507 in two weeks; review and file same. | 0.20 | 45.00 |
| 11/22/10 | WLB | Receive and review information from Joe on the bills from the firm and the bills | 0.30 | 67.50 |

## Gross & Welch, P.C., L.L.O.

| | | |
|---|---|---|
| Steve Cacioppo | | November 29, 2010 |
| Re: SID 507 Financing & Chapter 9 Bankruptcy | | Invoice 140525 |
| File Number 7832-000004 - WLB | | Page 7 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | to seek administrative authority to pay the bills in 507 on an ongoing basis. | | |
| 11/23/10 | WLB | Draft the application to pay expenses along with a 9013 notice; review the email from Joe and the applications filed in District 509; complete same for filing (0.8); draft and send a letter to Laurie Fitzgerald with a copy of the order confirming the Plan and offer the same for signature if the judge is so inclined (0.3). | 1.10 | 247.50 |
| | | **Total Fees** | **41.90** | **9,202.00** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| | Photocopy | 169.05 |
| | Postage | 21.12 |
| 09/03/10 | Outside Printing;Copies of Plan Mailing - SID 507;Continuum Worldwide | 273.58 |
| | Long Distance Telephone | 0.13 |
| | Online Research;PACER - September Research | 5.04 |
| 10/21/10 | Filing Fee;US Bankruptcy Court NE - Chapter 9 Bankruptcy; 9/28/10;Visa Card Center | 1,039.00 |
| | **Total Disbursements** | **1,507.92** |
| | **Total Fees & Disbursements** | **10,709.92** |
| | **Total Current Charges** | **10,709.92** |
| | **Total Amount Due** | **10,709.92** |

9008



8712 West Dodge Road ■ Suite 400 ■ Omaha, Nebraska 68114-3431
402.392.0101 ■ Fax 402.392.1011 ■ www.smithgardnerslusky.com

**Statement for Legal Services Rendered**
November 23, 2010

**EIN: 20-2026451**

---

Steve Cacioppo
Chairman of Board of Trustees
Of SID 507 of Douglas County, Nebraska
6313 South 197 Circle
Omaha, NE  68135                                        Invoice No. 11/23/2010

Regarding:  Sanitary and Improvement District No. 507 of Douglas County, Nebraska
            7832-2 (General Fund)

For services through November 23, 2010
By Gross & Welch (detail attached)          Fees        $1,734.00
                                            Expenses    $   76.52
Total Current Fees and Expenses                         $1,809.62

For services through November 23, 2010
By Smith Gardner Slusky, LLP                Fees        $   0.00
                                            Expenses    $   0.00
Total Current Expenses                                  $   0.00

S m i t h  ■  G a r d n e r  ■  S l u s k y  ■  L a z e r  ■  P o h r e n  ■  R o g e r s    L L P

**Gross & Welch, P.C., L.L.O.**

| | |
|---|---|
| Smith, Gardner, Slusky, Lazer, | November 29, 2010 |
| Re: Sid 507 Of Douglas County, Nebraska Fall | Invoice  140524 |
| File Number 7832-000002 - JLL | Page 2 |

### Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/15/10 | JLL | Preparation of legal notice relating to detachment resolution. | 0.50 | 85.00 |
| 10/15/10 | JLL | Preparation of draft of minutes of trustees adopting resolution of necessity for detachment of property. | 0.50 | 85.00 |
| 10/15/10 | JLL | Preparation of draft of minutes of trustees meeting proposing resolution of necessity for detachment of property. | 0.70 | 119.00 |
| 10/15/10 | JLL | Preparation of agenda for trustees meeting relating to proposed resolution for detachment. | 0.30 | 51.00 |
| 10/15/10 | JLL | Preparation of certificate of clerk Re: posting of legal notice relating to detachment of property. | 0.30 | 51.00 |
| 10/15/10 | JLL | Legal research Re: detachment of property from SID 507. | 0.50 | 85.00 |
| 10/15/10 | JLL | Preparation of draft of agenda for trustees meeting relating to adoption of resolution of necessity relating to detachment of real property. | 0.30 | 51.00 |
| 10/15/10 | JLL | Preparation of Certificate of Clerk of District relating to detachment of property from the District. | 0.40 | 68.00 |
| 10/26/10 | JLL | Telephone conference with John Kuehl Re: land detachment matters. | 0.40 | 68.00 |
| 11/01/10 | JLL | Receipt and review of invoice from OPPD. Prepare Warrant and send letter to Steve Cacioppo enclosing warrant for signature. | 0.30 | 51.00 |
| 11/03/10 | JLL | Receipt and review of invoice from Great Plains One-Call Services, Inc. | 0.10 | 17.00 |
| 11/09/10 | JLL | Receipt and review of Official Bonds of Chairman and Clerk. | 0.30 | 51.00 |
| 11/09/10 | JLL | Receipt of Commercial Seeding Contractors invoice. | 0.10 | 17.00 |
| 11/09/10 | JLL | Phone conference with Karen Harn. | 0.30 | 51.00 |
| 11/09/10 | JLL | Letter to Steve Cacioppo Re: Chairman Bond. | 0.20 | 34.00 |
| 11/09/10 | JLL | Letter to Shaun Horak Re: Clerk Bond. | 0.20 | 34.00 |
| 11/16/10 | JLL | Receipt and review of letter from DA Davidson & Co. enclosing replacement warrants and paperwork for lost warrants. | 0.30 | 51.00 |
| 11/16/10 | JLL | Letter to trustees Re: next meeting of trustees on December 3, 2010. | 0.20 | 34.00 |
| 11/16/10 | JLL | Preparation of agenda for trustees meeting on December 3, 2010. | 0.30 | 51.00 |
| 11/16/10 | JLL | Preparation for trustees meeting on December 3, 2010. | 0.60 | 102.00 |
| 11/18/10 | JLL | Receipt of signed Official Bond and Oath from Steve Cacioppo. | 0.10 | 17.00 |
| 11/18/10 | JLL | Prepare notice, fax to Daily Record, fax to Buster Brown, and Clerk Certificates. | 0.30 | 51.00 |
| 11/18/10 | JLL | E-mail to trustees with meeting date and agenda. | 0.10 | 17.00 |
| 11/18/10 | JLL | Preparation of partial draft of minutes of trustees meeting on December 3, 2010. | 1.00 | 170.00 |
| 11/18/10 | JLL | Receipt and review of e-mail from Tim Alexander dated November 18, 2010, Re: trustees meeting on December 3, 2010. | 0.20 | 34.00 |
| 11/18/10 | JLL | E-mail to John Kuehl Re: trustees meeting on December 3, 2010. | 0.20 | 34.00 |
| 11/18/10 | JLL | Preparation of revised agenda for December 3, 2010, trustees meeting. | 0.30 | 51.00 |

Gross & Welch, P.C., L.L.O.

| Smith, Gardner, Slusky, Lezer, | | | | November 29, 2010 |
| Re: Sid 607 Of Douglas County, Nebraska Fall | | | | Invoice   140524 |
| File Number 7832-000002 - JLL | | | | Page 3 |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/18/10 | JLL | Receipt and review of e-mail from Mike Homa dated November 18, 2010. | 0.10 | 17.00 |
| 11/18/10 | JLL | Telephone conference with John Kuehl Re: Trustees meeting on December 3, 2010. | 0.30 | 51.00 |
| 11/18/10 | JLL | Telephone conference with Jeff Elliott Re: detachment of land from SID. | 0.30 | 51.00 |
| 11/22/10 | JLL | Receipt and review of letter from E & A Consulting Group enclosing plat and legal description for property to be detached from District. | 0.30 | 51.00 |
| 11/23/10 | JLL | Receipt and review of invoice from E & A Consulting Group, Inc. | 0.10 | 17.00 |
| 11/24/10 | JLL | Receipt and review of proof of publication. | 0.10 | 17.00 |
| | | **Total Fees** | 10.20 | 1,734.00 |

### Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|-------|-----------|--------|
| Joseph L. Leahy Jr. | Director | 10.20 | 170.00 | 1,734.00 |
| | **Total Fees** | 10.20 | | 1,734.00 |

### Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 19.80 |
| | Postage | 5.42 |
| 11/02/10 | Filing Fee;Statement of Clerk regarding SID filed;Douglas County Register of Deeds | 10.00 |
| 11/19/10 | Filing Fee;File Official Bond and Oath for Chairman and Clerk;Douglas County Clerk | 10.00 |
| 11/24/10 | Legal Notice;Publication;Daily Record | 30.00 |
| | Scanned Document | 0.40 |
| | **Total Disbursements** | 75.62 |
| | **Total Fees & Disbursements** | 1,809.62 |

**E&A Consulting Group, Inc.**
**330 North 117th Street**
**Omaha, NE 68154**
**402-895-4700**

Douglas County SID #507
c/o Mr. Joe Leahy, Attorney
2120 S. 72nd St., Suite 1500
Omaha, NE 68124

November 22, 2010
Project No:      P2003.057.000
Invoice No:      113297

| Project | P2003.057.000 | Falling Waters--NW Corner of 192nd & Harrison--District Maintenance |
|---|---|---|

**Professional Services from October 11, 2010 to November 7, 2010**

| Phase | 001 | District Maintenance |
|---|---|---|

| Task | 030 | Boundary |
|---|---|---|

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Reg. Land Surveyor I | 1.00 | 85.00 | 85.00 | |
| Totals | 1.00 | | 85.00 | |
| **Total Labor** | | | | **85.00** |
| | | **Total this Task** | | **$85.00** |

| Task | 135 | Digger's Hotline |
|---|---|---|

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Eng. Technician IV | .75 | 75.00 | 56.25 | |
| Totals | .75 | | 56.25 | |
| **Total Labor** | | | | **56.25** |
| | | **Total this Task** | | **$56.25** |

| Task | 440 | Repairs/Maintenance |
|---|---|---|

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Admin Assistant Const. | .30 | 52.00 | 15.60 | |
| Totals | .30 | | 15.60 | |
| **Total Labor** | | | | **15.60** |
| | | **Total this Task** | | **$15.60** |
| | | **Total this Phase** | | **$156.85** |

| Project | P2003.057.000 | Falling Waters--NW Corner of 192nd & Harrison--District Maintenance | Invoice 113297 |
|---|---|---|---|

| Phase | 002 | Erosion & Sediment Control Inspecting/Reporting |
|---|---|---|

| Task | 196 | Erosion Control |
|---|---|---|

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Erosion Control Specialist I | 15.50 | 60.00 | 930.00 |  |
| Erosion Control Specialist III | 4.00 | 84.00 | 336.00 |  |
| Totals | 19.50 |  | 1,266.00 |  |
| **Total Labor** |  |  |  | **1,266.00** |

|  | **Total this Task** | **$1,266.00** |
|---|---|---|

| Task | 999 | Expenses |
|---|---|---|

**Reimbursable Expenses**

| Mileage/Per Diem |  | 57.84 |  |
|---|---|---|---|
| **Total Reimbursables** |  | **57.84** | **57.84** |

|  | **Total this Task** | **$57.84** |
|---|---|---|

|  | **Total this Phase** | **$1,323.84** |
|---|---|---|

|  | **Total this Invoice** | **$1,480.69** |
|---|---|---|

Approved: _____

Thomas Rasmussen

15358

1129

# OPPD
Omaha Public Power District

Page 1    of 3

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 2400827834 | Dec 17, 2010 | $1,491.23 |

Customer Name: SID 507 DOUGLAS CO
Statement Date: November 29, 2010

For bill inquiries call the Omaha Office
(402) 536-4131.  See back for toll-free number.

**Billing Information for service address:  19200 Y ST,STLT, OMAHA NE**

Billing Period From **10-28-2010** To **11-29-2010** @32 Days

| Rate | Current Amount | Fuel and Purchased Power Adjustment | Subtotal Amount per Rate | Rate | Current Amount | Fuel and Purchased Power Adjustment | Subtotal Amount per Rate |
|---|---|---|---|---|---|---|---|
| | | Summary Usage | | | | Summary Usage | |
| SL61 | $1,413.49 | 0.00 | 1,491.23 | | | | |

Sales Tax ............................................ 77.74
Total Charges ..................................... $1,491.23
Previous Balance ................................ 2,982.46
Payments Received: 11/16/10 .......... 1,491.23CR
Payments Received: 11/23/10 .......... 1,491.23CR
Total Amount Due .............................. $1,491.23

1

Please return this portion with payment

Get holiday lighting and other electric safety tips on oppd.com. Click on the Emergency/Storm/Outage/Safety tab.

Statement Date: November 29, 2010

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 2400827834 | Dec 17, 2010 | $1,491.23 |

**Amount Paid** ☐☐,☐☐☐.☐☐

**Energy Assistance Fund** $1☐ $2☐ $5☐ Other $_____

A current phone number on our record simplifies outage reporting.  Your
service address is identified by the phone number:

☐ **Check Here** *to indicate name, address or phone*
*changes on back of this statement*

SID 507  DOUGLAS CO
%JOSEPH L LEAHY, JR.
2120 S 72ND ST STE 1500
OMAHA NE  68124-6316

**PO BOX 3995**
**OMAHA NE 68103-0995**





01340082234000001491230000014912301012174



**OPPD**
Omaha Public Power District

15359
1129

Page 3    of 3

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 2400827834 | Dec 17, 2010 | $1,491.23 |

Customer Name: SID 507 DOUGLAS CO
Statement Date: November 29, 2010

Billing Information for service address: 19200 Y ST,STLT, OMAHA NE

Billing Period From **10-28-2010** To **11-29-2010** @32 Days

| Rate | Method No. | Number of Lamps | Price per Lamp | Usage | | | |
|---|---|---|---|---|---|---|---|
| | | | | Current Amount | Fuel and Purchased Power Adjustment | Total Usage Amount | Sub-Total Amount per Rate |
| SL61 | 61211 | 83 | $17.03 | 1,413.49 | | | |
| SL61 | | | | | 0.00 | 1,413.49 | $1,491.23 |

Label Matrix for local noticing
0867-8
Case 10-82794-TLS
District of Nebraska
Omaha Office
Mon Oct  4 15:09:05 CDT 2010

Amies, Julia M. TTEE
Julia M. Travis Rev. Tr
1634 Pepperwood Drive
Saint Louis, MO 63146-3812

William L. Biggs Jr.
Gross & Welch
2120 So. 72 St.
1500 Omaha Tower
Omaha, NE 68124

Bushey, Frances L.
1861 N. 115th Plaza, #3607
Omaha, NE 68154-4634

Caniglia, James F.
Edith A. Caniglia JT TEN
3072 S. 73rd Street
Omaha, NE 68124-3512

Caniglia, Joseph P. / Loretta Caniglia
Joseph and Loretta Caniglia Living Trust
6769 Valley Street
Omaha, NE 68106-3603

Censtate Financial Services
1212 N. 96th Street
P.O. Box 34350
Omaha, NE 68134-0350

Chomac LLC
1510 S. 152nd Avenue Circle
Omaha, NE 68144-5115

Cizek, Ronald J. TTEE
Ronald J. Cizek Family Trust
17427 Island Circle
Bennington, NE 68007-5738

Crotty, Richard D.
421 W. Broadway, Suite 311
Council Bluffs, IA 51503-9046

D.A. Davidson & Co.
1111 N. 102nd Court, Suite 300
Omaha, NE 68114-2194

D.A. Davidson & Co. as Cust For
Richard A. Vomacka IRA
3624 S. 55th Street
Omaha, NE 68106-4416

Daly, John F.
900 N. 90th Street, Apt. 251
Omaha, NE 68114-2704

Devereaux, Michael D. TOD Account
Special Account
12942 Old Cherry Road
Omaha, NE 68137-4315

Dickinson, Donald R.
11217 Washington Street
Omaha, NE 68137-4678

Douglas County Attorney
Hall of Justice
17th and Farnam
Omaha, NE 68183-0001

Douglas County Treasurer
1819 Farnam Street
Omaha, NE 68183-1000

Edward D. Jones-FBO P. Philpott
A/C 6911320619
700 Maryville Center Drive
Saint Louis, MO 63141-5824

Patricia Fahey
U.S. Trustee's Office
11 So 18th Plz
Suite 1148
Omaha, NE 68102-1321

Freeman, Louise B.
619 Wildwood Drive
Joliet, IL 60431-4898

French, Patricia
John B. French, Jr. JT TEN
6309 S. 79th Circle
Omaha, NE 68127-4271

Greenberg Kreisberg, Elise
Ian B. Greenberg Revoc Trust
409 Manor Circle
Sioux City, IA 51104-1044

Greenberg, Elise
P.O. Box 1114
Sioux City, IA 51102-1114

Greenberg-Sachnoff, Amy Beth TTEE
AmyBeth Greenberg-Sachnoff Rev. Tr
835 46th Street
Sioux City, IA 51104-1435

Egan, Steven
329 S. 96th Circle
Omaha, NE 68124-1948

Jones, Margaret
432 N. 38th Street
Omaha, NE 68131-2355

Kenefick, Michael A.
Holli Kenefick JT Ten
17734 Jones Street
Omaha, NE 68118-3524

Kreisberg, E., L. Freeman
Greenberg Mrtl Gst Non Exmp Trust
P.O. Box 1114
Sioux City, IA 51102-1114

Kreisberg, E., L. Freeman
Greenberg Resid Gst Exp Tst Trust
P.O. Box 1114
Sioux City, IA 51102-1114

Kreisberg, E., L. Freeman,
Greenberg Resid GST Non Exmp Trust
P.O. Box 1114
Sioux City, IA 51102-1114

EXHIBIT
B

Lozier, Allan G./Dianne S. Lozier TTEES
Allan G. Lozier Rev. Tr
6336 Pershing Drive
Omaha, NE 68110-1100

McKay, Jerry M.
Cheryl D. McKay JT Ten
4914 N. 135th Avenue
Omaha, NE 68164-6169

McVey, William F.
Janet E. McVey JT Ten
One Westlake Village
Council Bluffs, IA 51501-8245

Needham, Steven C.
55055 Fallow Road
Pacific Junction, IA 51561-4193

Peterson, Richard B. TTEE
Richard B. Peterson Rev Liv T Trust
1036 Skyline Drive
Elkhorn, NE 68022-1734

Progressive Municipal Bond Fund
12829 W. Dodge Road
Omaha, NE 68154-2101

Reed, Betsy Jo Successor TTEE
Betsy Jo Reed Rev Trust
9728 Nottingham Drive
Omaha, NE 68114-3811

Reed, Robert A. Successor TTEE
Robert A. Reed Rev. Trust
9728 Nottingham Drive
Omaha, NE 68114-3811

Rich, Louis A. TTEE
Louis Rich Family Trust
11735 N. 131 Way
Scottsdale, AZ 85259-3613

Rich, Louis A. TTEE TTEE
Beverly W. Rich Family Trust
11735 N. 131 Way
Scottsdale, AZ 85259-3613

Sanitary and Improvement District #507
11506 Nicholas Street
Suite 100
Omaha, NE 68154-4421

Saylan, David A.
Jackie Saylan & Steve Saylan JT Ten
9738 Ascot Drive
Omaha, NE 68114-3846

Saylan, Kevin A. / Marcy B. Saylan
Steve Saylan & Jackie Saylan JT Ten
9738 Ascot Drive
Omaha, NE 68114-3846

Saylan, Milton / Rosalie Saylan TTEES
Saylan Family Trust 17
9804 Nicholas Street, #234
Omaha, NE 68114-2180

Saylan, Scott A. / Andrea L. Saylan
Steve Saylan & Jackie Saylan JT TEN
9738 Ascot Drive
Omaha, NE 68114-3846

Saylan, Steve
Jacki Saylan JT TEN
9738 Ascot Drive
Omaha, NE 68114-3846

Scarpello, Maria A.
2309 S. 89th Court
Omaha, NE 68124-2079

Sheets, Donald J.
Pamela S. Sheets, JT TEN
9600 Hollow Tree Drive
Lincoln, NE 68512-9534

Sommerhalder, Joy A. TTEE
Joy A. Sommerhalder Trust
5523 Thackery Street, Apt. #9215
Dallas, TX 75225-3964

Tiernan, Marilyn G.
TOD Account
239 Randall Street
San Francisco, CA 94131-2738

Traudt, Mary L. TTEE
Mary L. Traudt Rev. Trust
1390 Caxambas Court
Marco Island, FL 34145-6602

Vomacka, Mike
827 16th Avenue North
Saint Petersburg, FL 33704-4025

Vomacka, Richard A. POD
Virginia L. Vomacka
3624 S. 55th Street
Omaha, NE 68106-4416

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Thomas L. Saladino

End of Label Matrix
Mailable recipients    52
Bypassed recipients     1
Total                  53