IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK10-82794 |
| | ) | |
| SANITARY AND IMPROVEMENT DISTRICT NO. #507 OF DOUGLAS COUNTY, NEBRASKA, | ) ) ) | CHAPTER 9 |
| | ) | **ORDER CONFIRMING PLAN** |
| | ) | |
| Debtor. | ) | |

After review and consideration of the Chapter 9 Plan of Adjustment (the "Plan') the Court does hereby find the following:

1. After proper distribution of the Plan and Notice of Hearing thereon to creditors and parties in interest, no timely objections to the Plan were filed.

2. The Plan has been approved by sufficient numbers of creditors of the District.

3. In order to effectively conclude the administration of the Debtor's estate, the Court shall issue instructions to the Debtor pursuant to Title 11 of the United States Code, Bankruptcy Rules and the Local Rules of this Court.

IT IS THEREFORE ORDERED THAT:

1. The Plan is hereby confirmed.

2. The Debtor shall:

a. Carry out the confirmed Plan by distribution and performance of all necessary acts pursuant to 11 U.S.C. § 900 et. seq. and §1142.

    b.    Effect substantial consummation of the Plan, including the exchange of Construction Fund Warrants for Certificates not later than one year after the date of this Order.

    c.    Within thirty days of substantial consummation of the Plan the Debtor shall file a Final Accounting/Report and Application for Final Decree.

DATED this __10__ day of __December__ 2010.

BY THE COURT:

__/s/Thomas L. Saladino__
United States Bankruptcy Judge

Movant is responsible for giving notice to parties in interest as required by rule or statute.

7832-4/#689695