UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF ) | Case No. BK 10-82794 |
| ) | |
| SANITARY AND IMPROVEMENT ) | |
| DISTRICT NO. 507 OF DOUGLAS ) | CHAPTER 9 |
| DOUGLAS COUNTY, NEBRASKA ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

Comes Now William L. Biggs of the firm of Gross & Welch, P.C., L.L.O. and hereby certifies with respect to the order captioned Supplemental Order Regarding Issuance of Securities, as follows:

1.  On September 28, 2010, the trustees of Sanitary and Improvement District #507 authorized the filing of a Chapter 9 proceeding in the United States Bankruptcy Court for the District of Nebraska, designated as BK10-82794.

2.  On December 10, 2010 the Court entered its order confirming the Plan (Fil. #26).

3.  The Plan as filed and confirmed, contemplated the issuance of certificates of indebtedness and the issuance of bonds in order to pay in part the payments to creditors under the terms of the Plan.

4.  On February 15, 2011, Sanitary and Improvement District #507 filed a Motion to Approve Issuance of Securities and Related Procedures.

5.  The motion was approved and the Supplemental Order Regarding Issuance of Securities was entered by the Court on March 9, 2011.

6.  Contemporaneous with obtaining authority from the bankruptcy court to issue certificates of indebtedness and to authorize the bond issue, a Petition for Approval of Proceedings and for Approval of Issuance and Delivery of Certificates of Indebtedness and

Issuance and Sale of Bonds (Equity) was filed in the District Court for Douglas County, Nebraska on January 25, 2011

7.   The State District Court proceeding was concluded and the State District Court entered its decree on March 3, 2011.

8.   Attached hereto, designated as Exhibit A and made a part hereof by this reference is a certified copy of the State District Court proceedings, including the petition filed and the decree entered.

9.   Attached hereto, designated as Exhibit B and made a part hereof by this reference is a copy of the Supplement Order Regarding Issuance of Securities which was entered by the United States Bankruptcy Court for the District of Nebraska, (Fil No. #29) on March 9, 2011. Exhibit B has been sent to all creditors listed on the debtor's mailing matrix, attached hereto as Exhibit "C," by depositing a copy thereof in the United States mail, first class postage prepaid, on March 14, 2011.

Dated this 14th day of March 2011.

SANITARY AND IMPROVEMENT
DISTRICT #507 OF DOUGLAS
COUNTY, NEBRASKA,


By___/s/ William L. Biggs_____
William L. Biggs, #10317
GROSS & WELCH, P.C., L.L.O.
2120 South 72nd Street, Suite 1500
Omaha, NE 68124
(402) 392-1500
(402) 392-8101 (fax)
bbiggs@grosswelch.com

7832-4/#709159